UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTORIA ROWELL, | ) |
| Plaintiff, | )  |
| v. | ) COMPLAINT (JGK) |
| SONY PICTURES TELEVISION, INC., | ) JURY TRIAL DEMANDED |
| SONY PICTURES ENTERTAINMENT, INC., | ) |
| BELL DRAMATIC SERIAL COMPANY, L.P., | ) |
| BELL-PHILLIP TELEVISION PRODUCTION | ) |
| INC., CORDAY PRODUCTIONS, INC., and | ) |
| CBS CORPORATION, | ) |
| Defendants. | ) |

Through her undersigned counsel, Plaintiff Victoria Rowell makes the following allegations as her complaint against Defendants Sony Pictures Television, Inc., Sony Pictures Entertainment, Inc., Bell Dramatic Serial Company, L.P., Bell-Phillip Television Production Inc., Corday Productions, Inc., and CBS Corporation (collectively "Defendants").

## I.  INTRODUCTION

1.    Since 2010, Victoria Rowell, an award-winning actress who starred on the daytime soap opera "The Young and the Restless" ("Y&R") for 14 years, has sought to return to the show to portray her long-time character, Drucilla Barber Winters.  Three of the Defendants (Sony, Bell Dramatic and Corday Productions) produce and own the show while the fourth (CBS) broadcasts it and has significant input into hiring (and rehiring) decisions.  These Defendants have rejected Ms. Rowell's efforts to return to the show, even though re-hiring Ms. Rowell would be in their economic interest.  Indeed, they have not even seriously considered her re-employment.  Defendants CBS and Bell-Phillip also have rebuffed Ms. Rowell's attempts for

1

re-employment on a sister soap opera, "The Bold and the Beautiful" ("B&B"). For many years, Ms. Rowell has publicly and privately advocated to increase the presence of African-Americans both in front of and behind the camera in soap operas. As a result, the Defendants have disregarded their own self-interest in their efforts to retaliate against Ms. Rowell.

2.     Defendants' retaliatory rejections of Ms. Rowell's efforts to obtain re-employment violate 42 U.S.C. § 1981 ("Section 1981") and California's Fair Employment and Housing Act, Gov. Code § 12900 ("FEHA"). Ms. Rowell seeks an award of back pay against the Defendants jointly and severally, reinstatement in her sought position or in the alternative reasonable front pay, consequential and punitive damages, and attorneys' fees and costs as a result of the Defendants' violation of Section 1981 and FEHA. If front pay is awarded in lieu of her being immediately re-employed, Ms. Rowell also seeks an order directing Defendants to consider her for re-employment in a non-retaliatory manner in the future.

## II. THE PARTIES

3.     Victoria Rowell is an award-winning actress, author and international lecturer. She holds two honorary doctorates. She has been recognized by The Congressional Coalition on Adoption Institute and 193 members of Congress for advocacy work on behalf of education, arts, foster and adoptive youth and their parents as well as diversity issues including employment opportunities. She is a resident of the State of California.

4.     Ms. Rowell is the daughter of an African-American father and an Anglo-American mother. She self-identifies as black, and in all of her television and movie roles, she has played black characters.

5.     Ms. Rowell filed a Complaint of Discrimination with the Department of Fair Employment and Housing on August 28, 2013, which was cross-filed with the federal Equal

2

Employment Opportunity Commission. The administrative complaint expressly alleged retaliation against Defendants. It was assigned DFEH Charge No. 129278-66249.

6.    DFEH sent Ms. Rowell a notice of right to sue dated August 19, 2014. This Complaint is filed less than a year after she received the notice from DFEH.

7.    Defendant Sony Pictures Television, Inc. ("SPT") is a corporation with a principal place of business in Culver City, California. It is a subsidiary of Sony Pictures Entertainment Inc. ("SPE"), also a corporation with a principal place of business in Culver City, California. SPE is a subsidiary of Sony Entertainment, Inc., which is headquartered in this District. SPT and SPE have offices within this District, produce programming in this District, advertise within this District, license shows that are broadcast or otherwise displayed in this District, and otherwise do business within this District. They are referred to together as "Sony."

8.    Sony co-produces Y&R with Defendants Bell Dramatic Serial Company, L.P. and Corday Productions, Inc. Throughout the liability period, Sony has had a 51% ownership interest in Y&R and has been the overseas distributor.

9.    Defendant Bell Dramatic Serial Company, L.P. ("Bell Dramatic") is a Domestic in the State of California. Throughout the liability period, Bell has had a 48% ownership interest in Y&R. Bell Dramatic advertises within this District, licenses shows that are broadcast or otherwise displayed in this District, and otherwise does business within this District.

10.    Defendant Bell-Phillip Television Production Inc. ("Bell-Phillip") is a corporation with a principal place of business in California. Upon information and belief, Bell-Phillip is owned by Bell Dramatic. Throughout the liability period, Bell-Phillip has had a 100% ownership interest in B&B. Bell-Phillip advertises within this District, licenses shows that are

3

broadcast or otherwise displayed in this District, and otherwise does business within this District. Bell Dramatic and Bell-Phillip are referred to together as "Bell Productions."

11.     Defendant Corday Productions, Inc. ("Corday") is a corporation with a principal place of business in Burbank, California. It has the other 1% ownership interest in Y&R.

12.     As reflected in the allegations in Section IV.C below, both Sony and Bell Dramatic have substantial input into employment decisions affecting actors -- and upon information and belief writers, producers and directors -- for Y&R. Because of their ownership interests in Y&R,   Sony and Bell Productions, along with Corday, is jointly and severally responsible for any decisions not to rehire Ms. Rowell.

13.     As reflected in the allegations in Section IV.C below, Bell-Phillip (along with CBS) has substantial input into employment decisions affecting actors – and upon information and belief writers, producers and directors – for B&B. Moreover, Bell-Phillip is responsible for any decisions not to rehire Ms. Rowell because of its ownership interest in B&B.

14.     Defendant CBS Corporation ("CBS") is a corporation with a principal place of business in New York City. Y&R and B&B are taped in studios owned by CBS.   One of CBS's divisions, CBS Daytime, is responsible for daytime television programming, other than news programming, on the CBS Television Network.   A representative of CBS Television, often the Senior Vice President of Daytime Programming, frequently is present while Y&R and B&B are taped and participates in other events pertaining to the shows.

15.     As reflected in the allegations in Section IV.C below, CBS has substantial input into employment decisions affecting actors -- and upon information and belief writers, producers and directors – for Y&R and B&B, and in particular, into the decision not to re-employ Ms. Rowell during the period from 2010 through the present.

## III.  JURISDICTION AND VENUE

16.     This Court has jurisdiction over the claim under Section 1981 pursuant to 28 U.S.C. § 1331 because it is a civil action arising under a law of the United States and pursuant to 28 U.S.C. § 1343 because it is a civil action to recover damages and to secure equitable relief under an Act of Congress providing for the protection of civil rights.  This Court has supplemental jurisdiction over the FEHA claim pursuant to 28 U.S.C. § 1367(a) because it is so related to the claim under Section 1981 that they form part of the same case or controversy under Article III of the Constitution.  Indeed, the two claims have essentially the same elements and arise out of the same facts.

17.     This case is properly venued in this Court because all defendants reside in this judicial district in that they are subject to this Court's personal jurisdiction and because a substantial part of the events giving rise to the claim occurred in this judicial district.

## IV.  EVENTS GIVING RISE TO THE CLAIMS[1]

A.    Ms. Rowell's Employment on Y&R

18.     In 1990, Ms. Rowell auditioned for and won a role for a new character in Y&R, Drucilla Barber Winters.  Ms. Rowell and Defendants entered into a three year contract.  Over the years she signed several new contracts and contract extensions for acting on Y&R.  Ms. Rowell ultimately appeared in over 2,000 episodes of Y&R between 1990 and 2007 that were broadcast on the CBS network in the United States as well as in over 100 countries overseas.

---

[1]     A three-page timeline appended to this Complaint depicts the temporal relationship between Ms. Rowell's efforts to bring to light the lack of diversity at Y&R and in soap operas in general, her efforts to obtain re-employment on Y&R or B&B since 2010, and Defendants' retaliatory responses to those efforts.  The paragraph references in the timeline are to the paragraphs in the Complaint in which the events are described in greater detail.

19.    In 1990, Ms. Rowell had few screen acting credits, but since then she has become a renowned actress with many credits beyond those on Y&R. For example, she was one of the stars of the prime time series, Diagnosis Murder, opposite Dick Van Dyke from 1993 through 2002. For six of those years she starred in Y&R and Diagnosis Murder simultaneously. Diagnosis Murder was produced by Viacom and broadcast by CBS. Ms. Rowell has appeared in other television series, including Law & Order: Special Victims Unit, and several movies. She has starred opposite many well known male stars including Beau Bridges, Bill Cosby, Samuel L. Jackson, Eddie Murphy, Will Smith, Forest Whitaker, and most recently Harry Lennix. Her popularity rose to such a level that she co-hosted The Rose Bowl and Macy's Day Parades.

20.    Ms. Rowell's Y&R character, Drucilla Winters, was originally portrayed as an illiterate thief and prostitute. At least in part at Ms. Rowell's urging, Drucilla transformed herself through an adult literacy program into a positive figure. More important, and again partly at her urging, at least 12 other full and recurring black characters, many of whom were members of her extended fictional family with professional jobs such as doctors and industry executives, were created.

21.    Ms. Rowell received 11 NAACP Image Awards for her role as Drucilla, and her work helped to earn Defendants Congressional and Los Angeles Board of Supervisors recognition and their own NAACP Image Awards. As a result of the positive portrayal of its black characters, Y&R grew in popularity among black viewers.

22.    This popularity among African-American consumer-viewers has been critical to keeping Y&R the top-rated soap opera for the past 25 years. About 40% of the viewers of daytime soap operas are African-American women, and Y&R is the number one daytime soap

opera among them. Without their continued support of the series, Y&R could not remain the top-rated soap opera.

23.     Although black characters became important to the show's success over the years, Defendants treated them, including Ms. Rowell, as second-class citizens. Until she left the show in 2007, Ms. Rowell was an advocate for Y&R's black actors and actresses. Her attempts to effect change were often rejected or ignored, as reflected in the following examples. Despite her advocacy, no black actor was selected to represent the show at the prestigious Monte Carlo Television Festival. (One Pakistani-black actress did so, but she self-identifies as Pakistani.) Ms. Rowell campaigned unsuccessfully to have black actors and actresses on the front row of press photos for the show. Finally, two years ago, Kristoff St. John, who plays Drucilla's fictional husband, was placed on the front row of a Y&R press photo, albeit at the extreme left. In response to her urgings that black journalists be included in the show's press corps, the producers merely invited black journalists and photographers to meet with black actors for Black History Month editions, and Ms. Rowell was reprimanded when she invited black journalists on the set. Because the producers refused to engage a capable African American hair stylist for the black actors and actresses, Ms. Rowell had to hire a stylist at her own cost for nearly a year. When the producers finally did hire a stylist for the black actors and actresses, Defendants banned the stylist from the Y&R hair and makeup room. Ms. Rowell had to lobby and win the stylist's admission to that room. But then white actors and actresses taunted Ms. Rowell and the stylist with impunity, and told Ms. Rowell that her hair "smelled."

24.     Ms. Rowell also became a leading voice for diversity in the entertainment industry. For example, without support from the Defendants, she campaigned for years and finally obtained the first African American cast cover on the largest soap opera periodical, Soap

Opera Digest. Noticing the lack of African-Americans in writing, directing and producing and other prominent behind-the-camera positions, both in daytime soap operas and throughout the television industry, she began to advocate for greater opportunities for racial minorities. The press reported favorably her public calls for change in the industry. On September 3, 2003, for instance, an article entitled "Victoria Rowell: 'Young and the Restless' star strives for change," appeared on the website www.eurweb.com, while in 2004, Black Enterprise Magazine published an article, "Daytime's Other Drama," discussing daytime television's discounting of black talent in front of and behind the camera and featuring Rowell.

25.     As she was negotiating a new three-year acting contract in 2005, Ms. Rowell sought provisions allowing her to officially become a writer or to direct episodes of Y&R. This would have helped in her efforts to diversify Y&R and provided her additional income.

26.     Defendants rebuffed her, even though she had rewritten thousands of lines of dialogue at Y&R -- uncredited and unpaid – and proposed numerous, adopted storylines for the show. Moreover, she co-wrote an episode of CBS's Diagnosis: Murder. Since 2005, she has proven her writing abilities in other ways. Her New York Times bestselling memoir about her upbringing, *The Women Who Raised Me*, received critical acclaim and was favorably reviewed by Oprah Winfrey. She enjoys a literary book series deal with Simon & Schuster for two popular novels about soap operas. The first novel won the Walter Mosley Author of Distinction Award, and both novels became Essence Magazine Book Club Picks.

27.     As for her request to serve as a director, as of 2005 many of Ms. Rowell's story line suggestions had been adopted on Y&R, including stories involving on-air adult literacy, classical ballet, foster care, adoption, drug addiction, and social work. For Y&R she had brokered talent, executed music selection, choreographed, assisted with costume design, edited

scripts, and rewrote dialogue. In 2005 she executive produced a documentary, "The Mentor," which was shown in several film festivals and at the Metropolitan Museum of Art in New York City. Additionally, Ms. Rowell produced multiple fundraising programs in Los Angeles, featuring stars such as Nancy Wilson, Sharon Stone, and Branford Marsalis.

28.    Barbara Bloom, the then Senior Vice President of CBS Daytime, gave Ms. Rowell the excuse that the Defendants had never allowed actors also to write and/or direct. That was not true. White actors on other daytime television shows, without her proven writing abilities, had been permitted to transition slowly to writing, directing and executive producing positions. For example, Susan Flannery, a white actress on B&B, was permitted to simultaneously direct innumerable episodes of B&B. Another B&B white actress, Ellen Wheeler, went on to produce, direct and write for daytime drama. After white actress Meg Bennett starred on Y&R for six years, its creator William J. Bell Sr. engaged her based on her "script doctoring skills" to work dually as an actress and as a writer for Y&R. Ms. Bennett was later hired as an Executive Storyline Consultant on B&B from 2002 to 2004. In total Ms. Bennett worked on five soap operas.

29.    White executives and white actors on the show retaliated against Ms. Rowell because of her advocacy on behalf of persons of color. One white actress, Melody Thomas Scott, ran onto the set dancing wildly and wearing an oversized Afro wig to mock Ms. Rowell's Afro-styled hair that day. Another white actress, Michelle Stafford, spit on Ms. Rowell on set, called her a "freak" then screamed, "no one here likes you." Ms. Stafford later publicly admitted that she did so in collaboration with the white director, Noel Maxam, and then-producer Edward Scott. A white actor, Peter Bergman, publicly called Ms. Rowell mentally unstable. None of them suffered negative repercussions. Indeed, Ms. Scott and Mr. Bergman still act on the show,

9

and Ms. Stafford was an actress on the show until 2013. Instead, the producers reinforced the hair-mocking incident by depicting Ms. Rowell's hair as falling out on camera. They excluded her from the in-house pre-Emmy ballot during her last few years on Y&R, even though she had twice been nominated for "Outstanding Supporting Actress in a Drama Series" for the Daytime Emmy Awards between 1996 and 1998. In 2006 she was fined $20,000 for missing one day of work, although her agent had cleared the day off with Defendants in advance, so that Ms. Rowell could lecture to inner city children in Indianapolis.

30.    Finally, in 2007, Defendants suddenly created a storyline wherein Ms. Rowell's character became insane. Ms. Rowell was placed in a straight jacket on camera and dragged to an asylum. Defendants did not first discuss this sensitive switch with Ms. Rowell.

31.    Unable to take the rejection and abuse any longer, Ms. Rowell reluctantly left Y&R in 2007 and decided to seek additional opportunities for her writing skills.

32.    In recognition of the quality of her performance, in 2010 the We Love Soaps poll http://www.welovesoaps.net/2010/02/50-greatest-soap-opera-actresses.html selected Ms. Rowell 35th in their ranking of the top 50 all-time daytime soap opera actresses. For that poll, Nelson Branco, a TV Guide Soap Opera editor, wrote:

> Poor little, richly talented half-breed black newcomer, Victoria Rowell undertook a groundbreaking, yet highly stereotypical role and miraculously made it unique, revolutionary, honest, relatable, and lovable in a very racial time — off-screen and on, when she was cast as Dru on daytime's number-one soap, Y&R. Just like Eric Braeden, who debuted as an unlikely German leading man, Rowell, who somehow overshadowed the likes of One Life's Ellen Gray, trail blazed paths never dug before by effortlessly making Drucilla an unforgettable footprint in soap history. In turn, Rowell became the female equivalent of Braeden — the biggest female superstar Y&R has ever given birth to. There will never be anyone like her in daytime. In fact, not only is she the best black actress soaps has ever given birth to, but she's also one of the all-time best thespians this industry has been blessed to envelope. It's a sad day when one considers that politics prevents us from enjoying her immeasurable, delicious talents today. Especially when

soaps are dying for a Rowell infusion. There is no secret about the talents of this soap opera diva....

In 2014 The Weekly Soap Opera Countdown poll listed Ms. Rowell as one of the Most Missed Daytime Performers.

**B.    Ms. Rowell Continues to Speak Out About Racial Discrimination**

33.    Racial discrimination behind the camera is blatant at Y&R. For example, as of 2010, during its then 37 years on CBS, Defendants had employed 9 head writers and a very large number of additional writers on Y&R -- Ms. Rowell believes the number to exceed 100. To the best of her knowledge and belief, not one of these writers had been African American. Similarly, at B&B, not one of the show's writers during its 23 years had been African American.

34.    The anemic percentages of African American writers on these two shows are part of an even broader pattern of exclusion of African Americans affecting numerous behind-the-camera positions. Defendants have employed few if any African Americans on Y&R and B&B in numerous behind-the-camera positions, including (to the best of Ms. Rowell's knowledge and belief) no African-Americans in positions such as executive producer, co-executive producer, casting director, production designer, musical director, set design, costume design, and department heads in hair and makeup, and only one black director before Ms. Rowell's campaign succeeded in – slightly – shaming Defendants.

35.    Racial discrimination is hardly surprising for Sony. Fifteen of its 17 most highly compensated personnel are white, and only one is African American. Sixteen of the 17 are male. Racial discrimination also infects CBS throughout its operations. Its 2014-15 season, for example, is notable for its lack of racial diversity. As one reporter stated, it does not include "a single show where a non-white person is the sole star. Not one." http://www.ew.com/article/2014/07/17/cbs-fall-programming-diversity.

36.     After her departure from Y&R in early 2007 through the end of 2009, Ms. Rowell continued to speak out about discrimination against African Americans in television and soap operas in general and behind the camera on Y&R in particular.  She commenced a tour in support of *The Women Who Raised Me* in the spring of 2007 that had over 100 appearances, primarily in 2007 and 2008, at most of which she spoke out about the lack of diversity at Y&R. She discussed the lack of diversity, especially behind the camera, at Y&R on other occasions as well, such as a speech on September 26, 2007 in New York after accepting the African American Literary Award for *The Women Who Raised Me*; at a speech in November 2007 in Indianapolis when accepting the Madam (C.J.) Walker Legacy Award for Outstanding Dedication and Support to Madam Walker's Legacy; at a speech on June 13, 2008 before 100 Black Men of America, Inc. when accepting the Chairman's Award for Mentoring and Child Advocacy;  at a speech in Seattle, Washington on July 4, 2008 before the 36th National Assembly of LINKS, Incorporated when being honored with an Elizabeth Catlett bronze; and in 2009 after being named to the Princeton University Advisory Council for the Center for African American Studies.

37.     During the 2007-09 period Ms. Rowell also began to flag the absence of African-Americans behind the camera at Y&R and other soap operas through social media, especially Twitter.

38.     With her two novels featuring a soap opera star, *Secrets of a Soap Opera Diva* and *The Young and the Ruthless*, published in 2010 and 2013, respectively, Ms. Rowell acquired a new medium through which to attack discrimination in Hollywood, including behind the camera in daytime soap operas.  Publication also resulted in book signings in which Ms. Rowell often spoke about the same issues.

39.     Through 2009, none of her efforts bore any fruit: Defendants did not hire any African Americans for positions as writers, directors or producers on Y&R or B&B. So beginning in 2010, Ms. Rowell adopted the new strategy of trying to enlist advocacy groups to assist her in meeting with top officials of Defendants. These efforts had some limited success for other African Americans, as discussed below. However, her outspoken advocacy over the years generated a backlash from the Defendants, who have denied her any and all employment and re-employment opportunities with them.

40.     On or around November, 2010, Ms. Rowell and Raymond Bradford, the former National Director, Equal Employment Opportunities for The American Federation of Television & Radio Artists ("AFTRA") met with CBS' Martin D. Franks, Executive Vice President of Planning, Policy and Government Affairs at CBS Corporation and Josie Thomas, Executive Vice President and Chief Diversity Officer, CBS Corporation, to discuss the lack of diversity behind the camera on Y&R. Ms. Thomas reports directly to Leslie Moonves, President and Chief Executive Officer, CBS Corporation.

41.     Also in November 2010 Ms. Rowell began an email exchange with Linda W. Clement-Holmes, then the Chief Diversity Officer and Senior Vice President Global Business Services of Proctor & Gamble ("P&G"). P&G buys about 75% of the advertising on Y&R and B&B. Ms. Rowell advocated that P&G use its power to promote diversification on the shows; Ms. Clement-Holmes (now the CIO of P&G) demurred, contending that it had no control over content or employees.

42.     In 2010, Ms. Rowell discussed with the Directors Guild of America the lack of any African-American directors and the Writers Guild of America the lack of any African-

American writers on Y&R.  She also spoke with the Make-Up & Hair Guild IATSE Local 706 about the underrepresentation of African American hair stylists and make-up artists on Y&R.

43.     On January 6, 2011, The Sentinel, a Los Angeles newspaper that caters primarily to African American readers, published a feature on racial discrimination at Y&R entitled, "Racism at CBS Television, Sony Entertainment and Bell Dramatic for 37 Years."  It was reproduced in numerous, primarily African American newspapers throughout the country.  The article focused on the virtual absence of "a single African American writer or producer [on Y&R] despite the fact that African American viewership for 'The Young and The Restless' is estimated well over 35 percent and some have estimated it is as high as 45 percent."  The article also discussed the behavior directed at Ms. Rowell.

44.     On February 11, 2011, Ms. Rowell and National Urban League President Marc Morial met with three Sony executives and Bell Dramatic Serial Executive Director William Bell Jr. to discuss writing and directing contracts for African Americans.  This meeting, along with Ms. Rowell's prior efforts, was instrumental in convincing Defendants to hire the first black writer (Susan Dansby) and the second black director (Albert Allar) on Y&R (the first, Whitney LeBlanc, lasted for only a short time back in the 1980s), as Sony acknowledged in October 2011. But Defendants have been unwilling to take more significant steps to diversify behind the camera at Y&R since then.  Similarly, in 2012, Bradley Bell hired B&B's first and only African American writer, Michele Val Jean, presumably at least partly in response to the spotlight that Ms. Rowell, working with others, cast upon the discrimination at these CBS daytime soap operas.

45.     On April 26, 2012, the National Urban League, working with Ms. Rowell, sent a letter to Josie Thomas, CBS' Senior VP and Chief Diversity Officer, outlining ideas for CBS to

identify African Americans for future writing and directing opportunities, with especial focus on Y&R.

46.     Ms. Rowell's opportunities to meet directly with Defendants to discuss the lack of diversity behind the camera on their soap operas ended in 2012, but her willingness to speak about the issues did not. For example, she spoke on July 5, 2013 about her experiences on Y&R and the lack of diversity behind the camera at the Essence Music Festival in New Orleans, the largest cultural gathering of African Americans in the nation.

47.     The main impact of Ms. Rowell's efforts to prompt Defendants to adopt hiring practices that conform with the country's laws against discrimination in employment unfortunately has not been to substantially increase racial diversity behind the camera. Instead, it has prompted Defendants to retaliate by denying Ms. Rowell re-employment.

**C.    Defendants Rebuff Ms. Rowell's Attempts to Become Re-employed on Y&R or B&B**

48.     After her departure from Y&R in early 2007, the viewing audience created a loud drumbeat of demand for Ms. Rowell's return as an actress on the show. For example, in October 2013 on a Y&R blog that asked "Which actress do you want back on #Y&R the most?" fans were allowed to choose among three popular actresses, the other two of whom were white and had left the show more recently than Ms. Rowell. Ms. Rowell won the poll.

49.     Defendants adopted three different strategies to deal with this demand and avoid rehiring Ms. Rowell. First, Defendants explored bringing back the character played by a different actress. It solicited actresses for "(DRUCILLA DOUBLE) female, African American, late 30's-early 40's. Need an actress who looks like VICTORIA ROWELL who played Drucilla Winters on the show." Upon information and belief, that plan was scrapped, both because Defendants could not find a suitable actress and because of the belief that the audience, particularly African American women, would reject whoever they cast instead of Ms. Rowell.

50.     Second, Defendants repeatedly have introduced new love interests for Neil Winter, the fictional husband of Drucilla played by Mr. St. John for 23 years. Y&R's audience, many of whose members express their opinions vociferously, have rejected every one of them. As one example, in 2013, Mr. St. John asked fans on his Facebook page to give their opinion on his latest romantic pairing. The great majority of respondents voted against the new actress and said that they wanted Drucilla to return. None of the replacement love interests has lasted longer than her initial three-year contract, and some have not lasted even that long.

51.     Finally, Defendants have tried to tease the audience with the possibility of Ms. Rowell's return as Drucilla. Drucilla was never definitively "killed" in the story line. Defendants frequently insert stock footage of Ms. Rowell in episodes of the show. Story lines about her fictional family continue, and scripts frequently have the characters refer to Drucilla. Pictures of her frequently appear in soap opera magazines, presumably with Defendants' blessing. The clamor for the return of Ms. Rowell from the audience has continued unabated for the past seven years.

52.     Responding to the audience demand and the signs that Defendants wished to continue Drucilla as an important character in Y&R's story lines, Ms. Rowell, both directly and through agents and intermediaries, repeatedly approached Defendants to obtain re-employment on Y&R beginning in early 2010, and on several occasions on B&B as well. But despite her Herculean efforts as set forth below, she has been unsuccessful.

53.     On January 14, 2010, Ms. Rowell's then-entertainment attorney, Chuck Hurewitz, spoke with Sony President Steve Mosko about her return to Y&R. Mr. Mosko said that he would talk with "the creative people" about her return and get back to Mr. Hurewitz. Having heard nothing, on January 25, 2010, Mr. Hurewitz first called and then sent a letter to Mr. Mosko

16

formally requesting reinstatement on Y&R. Mr. Hurewitz cited audience demand and

Defendants' use of her name and image as reasons that reinstatement made sense. Mr. Mosko

never responded.

54.     During a January 28, 2010 telephone conference, Ms. Rowell pitched Bradley

Bell, the executive producer and head writer of B&B, with a story line and crossover

employment pitch for the Drucilla character and a new character to appear on B&B. Mr. Bell

told her that it was a good idea that "makes all the sense in the world," but that he would have to

check with the Y&R brass. During that conference Mr. Bell said that he was Ms. Rowell's

number one fan.

55.     Numerous actors and actresses, especially white ones, have been permitted over

the years to cross over from one soap opera to the other, bringing their old role to the new show

or having a new character created for them. In the latest example, a white actress, Judith

Chapman, brought her long-time Y&R character to B&B as recently as November 20, 2014.

56.     Yet on February 8, 2010, Mr. Bell responded by email, "Vikki, It appears that

there are no current opportunities to bring back 'Drucilla' at this time. Perhaps the stories will

move in that direction in the future. With respect and appreciation, Brad." Clearly some person

or persons more powerful than Mr. Bell had squelched the idea of re-employing Ms. Rowell. As

later events would reveal, that person almost certainly was someone at CBS.

57.     Defendants never did provide Ms. Rowell the courtesy of informing her that they

also had decided not to reinstate her on Y&R, where the stories always had the opportunity of

bringing Drucilla back. Instead, on March 29, 2010, Ms. Rowell wrote an email to Sony EVP

Steven Kent because she learned that Defendants intended to hire a veteran soap opera actress,

Debbi Morgan, as Neil Winter's love interest on Y&R, rather than bring Ms. Rowell back. She

17

expressed her pain at the rejection and at the discrimination that she had suffered over the years. Ms. Morgan lasted only a single season because the audience wanted Ms. Rowell, not Ms. Morgan, as Mr. Winter's love interest.

58.     At the Daytime EMMY awards on June 27, 2010, Ms. Rowell informed both Lee Bell, co-creator of Y&R and B&B, and Sony EVP Kent of her desire to return to the show.  Mr. Kent responded, "I don't make those decisions," while Ms. Bell said, "You've upset a lot of people," and walked off.

59.     Sensing from both Bradley Bell's and Steven Kent's comments that the decisions were being made at a higher level, meaning at CBS, in March 2011, Ms. Rowell exchanged emails with Leslie Moonves, CBS's President and Chief Executive Officer, about her desire to return to Y&R or start a new role on B&B.  Mr. Moonves responded that he no longer was involved in programming or casting for those shows, and suggested that she seek help elsewhere. The suggestion that CBS was not involved in decision-making was not true.

60.     Also in March 2011, actress and producer LaTanya Jackson and actor Samuel L. Jackson advocated for Ms. Rowell's re-employment with Bradley Bell, the executive producer and head writer of B&B to whom Ms. Rowell had pitched a story line involving her re-employment the year before.  Ms. Rowell later learned that Mr. Bell did not want to hire her because he erroneously believed that Ms. Rowell had filed suit against him.  She wrote him an email explaining that she had not filed a suit against him and reiterating her desire to be re-employed on B&B.

61.     At a Los Angeles party for Y&R lead actor Eric Braeden, the then Executive Producer/Head Writer of Y&R, Maria Bell, told Ms. Rowell, "I'd like to bring you back but it's complicated."  At Ms. Bell's request, Nelson Bronco, a journalist for TV Guide Canada,

18

contacted Ms. Rowell to inform her that Ms. Bell would work to bring Ms. Rowell back to Y&R if she would cease her outspoken campaign for diversity. Ms. Bell has a history of retaliating against those who speak out about discrimination in the soaps. For example, in 2010, she reprimanded two of the leading African American actors on Y&R, Mr. St. John and Bryton James, who portrays Drucilla's adopted son, for speaking out about the lack of diversity on Y&R. Mr. St. John gave an interview to Daytime Confidential on Buzzworthy Radio, "There are no black writers. There are no black producers or directors. Y&R gets a big fatty F minus for its lack of a proper story for the black characters and for not promoting diversity behind the scenes." In retaliation, Defendants cut the number of episodes in which Mr. St. John and other African American cast members appeared. (Soap opera actors' compensation depends largely on the number of episodes on which they appear.)

62.    After enlisting the former CEO of Time Warner to reach out to Sony on her behalf, Ms. Rowell met on April 27, 2011 with SPT's president Steven Mosko. He thanked Ms. Rowell for bringing the lack of diversity to Sony's attention, informing her that it had resulted in the recent hiring of Ms. Dansby and Mr. Allar. He also talked about the success of Ms. Rowell's memoir, *The Women Who Raised Me*. But when she asked about being rehired on Y&R, he said, "I'll have to talk it over with Steve Kent."

63.    Ms. Rowell had an impromptu meeting with SPE's CEO Michael Lynton later that same day. He asked what she wanted him to do. She told him that her financial situation was precarious and that she was facing bankruptcy if she did not work, that she had family members to support, and that she would like to return to Y&R. He also was unwilling to make any commitments, saying, 'I won't overstep anyone I put in charge.' Instead, Mr. Lynton sent Ms. Rowell on a wild goose chase to Screen Gems, an arm of Sony that produces and releases

films oriented toward racial minorities, among other genres. The effort did not result in any employment for Ms. Rowell.

64.    On June 29, 2011, Ms. Rowell's new talent agent, Rebecca Shrager, wrote a letter to the CEO of Sony, Michael Lynton, advocating for Ms. Rowell's return to Y&R and asking for a meeting with him, Mr. Mosko or Mr. Kent.

65.    On July 16, 2011, Mr. Lynton called Ms. Rowell. They discussed some of the adverse treatment that Ms. Rowell had experienced when previously working on Y&R, and Ms. Rowell asked why Defendants had hired Ms. Morgan instead of rehiring her for the show. Mr. Lynton said that he was not involved in casting decisions, but promised to speak with Mr. Kent about the decision to hire Ms. Morgan instead of Ms. Rowell.

66.    In August 2011 Mr. Lynton promised Ms. Rowell in an email that he would meet with the producers in September and let her know why she had not been re-hired. Subsequently, he informed her in a second email that such a meeting had occurred, but did not in fact provide her with any information as to why she had not been re-hired.

67.    Also in August 2011, David Honig, the Executive Director of the Minority Media and Telecommunications Council, contacted Anne Lucey, who was then the senior vice president for regulatory policy at CBS Corporation, to ask whether CBS would intervene to secure Ms. Rowell re-employment on Y&R or another show. Mr. Honig also raised the issue of whether CBS would attempt to convene producers and distributors in the daytime TV space to try to cobble together an industrywide plan of action for diversity at all levels. Ms. Lucey did not deny that CBS had a role in hiring (or rehiring). Instead, she referred Mr. Honig to CBS Diversity Director, Josie Thomas, explaining that "if anyone can get it fixed it's Josie." But Ms. Rowell and others already had met with Ms. Thomas and found that she had no power to effect change at

CBS. Not surprisingly, Ms. Thomas never followed up with Ms. Rowell regarding her re-employment on Y&R or any other CBS program.

68.    Congressional Representative Sheila Jackson Lee sent a letter to Mr. Lynton dated September 30, 2011, stating concern about the underrepresentation of racial minorities both in front of and behind the camera in daytime programming. She specifically expressed unhappiness that Ms. Rowell had not been re-hired and thanked him for his "consideration and attention to this matter which is of great significance to me, and the minority community at large."

69.    Representative Lee was not the only Member of Congress to try to assist Ms. Rowell. Representative Maxine Waters contacted Mr. Moonves to advocate for Ms. Rowell's return to Y&R. Mr. Moonves responded that if Ms. Waters contacted him again on behalf of Ms. Rowell, he would report her to the House Ethics Committee. It is unclear what Mr. Moonves thought was unethical about Ms. Waters advocating for a constituent, but his response certainly showed Mr. Moonves' hostility.

70.    After many months of advocacy with CBS and Sony officials on behalf of Ms. Rowell, National Urban League President Morial told Ms. Rowell that in his opinion Mr. Moonves opposed Ms. Rowell's return to any CBS show, likely because of her advocacy for increased African American employment in front of and behind the camera.

71.    On October 18, 2011, Mr. Lynton responded to Mr. Morial's efforts to promote diversity in SONY's daytime soap operas in general and to advocate for Ms. Rowell in particular. While acknowledging that Ms. Rowell had "endeared herself to fans on The Young and the Restless for fourteen years … the issue of disparity and inclusion in motion picture and television is one which transcends any one person in any one role." Presumably referring to the hiring of Ms. Dansby and Mr. Allar, he concluded, "We are proud to have taken specific action

21

on this important issue by working with our partners at CBS to expand upon their well-established programs in addition to boosting our own internal efforts toward diversity and inclusion." This letter had two important implications: it confirmed that CBS was involved in the decisions about whom to hire, and that Ms. Rowell would not be rehired.

72.     With what appeared to be a definitive rejection by both CBS and Sony, Ms. Rowell did not try again to secure re-employment on Y&R or B&B until the summer of 2012. At that time, Ms. Rowell's agent requested a meeting with SONY VP Kent to discuss Ms. Rowell's possible return to Y&R, and to pitch new television content from Ms. Rowell's production company. However, a new executive producer of Y&R had recently been installed, and Mr. Kent refused a meeting, saying that matters associated with the leadership of Y&R should settle first.

73.     For its August 2012 issue, TV Guide interviewed the new executive producer of Y&R, Jill Farren Phelps, and asked specifically about Ms. Rowell's return:

> **TV Guide Magazine:** ...a lot of people want Victoria Rowell [Drucilla] back on the show, including Miss Vicki herself. Are you aware of all the drama that went on with her? Will you overlook that and bring her back?
> **Phelps:** I only know it's a hot-button issue but I don't know the full history. I'm not going to make any comment.

74.     Mr. Morial sent a letter to Mr. Kent dated September 10, 2012, requesting Ms. Rowell's reinstatement and stating, "As you know, Victoria has inspired my efforts, and those of the National Urban League in embracing, pursuing, promoting and advocating for diversity in daytime drama."

75.     On October 19, 2012, Ms. Rowell had an email exchange with Mr. Kent. She discussed her contributions to the show, questioned Ms. Phelps' comment that bringing her back was a "hot-button issue," and asked to be allowed to play the part of Drucilla again. In one of

22

the very few instances in which Defendants' representatives gave Ms. Rowell a definite response, Mr. Kent responded, "Bringing back the character of Dru is not a creative direction the show wishes to take." But of course that was not true. Defendants keep Ms. Rowell's popular character, Drucilla, in the forefront through references to her and use of archival footage from previous episodes to satisfy audience demands for Ms. Rowell's return. Rather, Defendants did not want to re-employ Ms. Rowell because of her outspoken advocacy for diversity on the show.

76.     In January and February 2013, Ms. Rowell was excited to learn that she was on the audition list for NBC's soap opera Days of our Lives for the role of Malinda Trask, a 35-50 year old African American or Asian special prosecutor, for which only experienced actors would be considered and name actors were welcomed. Ms. Rowell met all of the qualifications. Unfortunately, Days of our Lives is executive produced by SPT and overseen by its Senior VP Steven Kent along with Ken Corday of Corday Productions. Her Los Angeles agent was informed that she was taken off the list. Later, Marnie Siatta, the show's casting director, formerly the Y&R casting director, told Ms. Rowell that the producers said that she would not want the role because it was not big enough. The producers were wrong: the announcement stated, "NAME ACTORS WELCOMED," and Ms. Rowell wanted the role. But of course, the producers' justification was pretextual; Ms. Rowell was unwelcome because she was outspoken. The denial of employment was both an emotional and financial loss in that Laura Kai Chen, who was cast in the role, appeared in 22 episodes in that role during 2013. Ms. Siatta also shared that she had suggested Ms. Rowell for other roles more than once and that Ms. Rowell had been on many lists, but that she was always shot down. The retaliation thus extends beyond Y&R and B&B. Ms. Rowell has been blacklisted from even being considered for roles on daytime television and on any CBS programming, not because of any acting deficiencies or viewers'

desires, but because of retaliation for her advocacy for African Americans in front of and behind the camera.

77.    In May 2013, Ms. Rowell's agent submitted her for a role on B&B that again seemed tailor-made for her. B&B was looking for a well-known actress to play the role of Fern, a 50-55 year old African American woman. She was supposed to be a diva, a force to be reckoned with. The actress playing her needed good comic timing. Ms. Rowell has starred opposite some of America's leading comics such as Eddie Murphy, Jim Carrey, Will Smith and Dick Van Dyke. The agent did not receive a response, and eventually found out that Bell decided to backburner the role. B&B has never resurrected the proposed role. Ms. Rowell believes that the character has been shelved because CBS and Bell do not want to give her any chance at winning the job.

78.    On March 3, 2014 Ms. Rowell sent letters to SONY, Bell and Corday seeking reemployment. Each letter ended with Ms. Rowell stating, "My desire is to work and continue my career in soap opera daytime television and in particular on The Young & the Restless, a show I dedicated so much time and energy to." She did not receive a response from any of them.

79.    In a last ditch effort to obtain employment, Ms. Rowell emailed a letter to Mr. Moonves dated November 5, 2014, seeking the opportunity to act, write, direct or produce. No response has been received to date.

80.    If they were making business decisions not steeped in retaliatory motivations and actions, Defendants' executives would most assuredly have jumped at the opportunity to re-employ Ms. Rowell instead of rebuffing all of her efforts between 2010 and 2014. In addition to the various comments about Ms. Rowell having upset lots of people, her being a hot-button issue, or it being complicated to bring her back, the circumstantial evidence overwhelmingly

demonstrates that Ms. Rowell has been denied employment for years as a result of the Defendants' retaliation for her opposition to their racially discriminatory practices.

81. First, as Ms. Rowell's employment history, awards, rankings and leading men attest, she is a well-known, award-winning, polished actress. See paragraphs 18-21, 31, 77 above.

82. Second, there is strong audience demand for the return of her character, Drucilla, to Y&R, and for Ms. Rowell to reprise that role. Over the years there have been multiple "Bring Back Dru" campaigns on social media. In addition, Ms. Rowell, who boasts over 50,000 followers on Twitter, receives tweets daily supporting her return. Upon information and belief, CBS, SONY and Bell all have received huge numbers of communications by telephone, email, fax and social media asking for her return. As recently as December 15, 2014, Ms. Rowell is on the cover and featured in CBS Soaps In Depth Magazine.

83. Third, Defendants play on and benefit from that huge fan demand. As discussed above (see paragraphs 48-51), Defendants sought actresses who looked like Ms. Rowell to take on the role of Drucilla, have encouraged soap magazines to continue to use Ms. Rowell's image falsely to suggest her return, and produce and broadcast many episodes containing references to or stock images of her. Indeed, in 2013, AFTRA recorded a very high re-usage of Rowell's archived Y&R performances, spliced in to Y&R episodes.

84. Fourth, Ms. Rowell's return would hardly be unusual for soap operas. Soap opera contracts are known in the industry to be "jobs for life." White actors and actresses often work on a single soap opera for 20, 30 or even 40 years. If they do leave for a season or two (or more), writers contrive story lines to bring them back. Recently Y&R brought back a white actor, Tom Hallick, playing the same character 36 years after his last appearance. In 2010

25

another actor, David Hasselhoff, reprised his role as Dr. William "Snapper" Foster, Jr. after an absence of 28 years.

85.     Fifth, in addition to the request from the fan base to bring Ms. Rowell back, important leaders in the minority community, including Congressional representatives and heads of racial advocacy groups, have expressed that bringing Ms. Rowell back to day time television would be an important step toward removing the stigma associated with individuals standing up for their rights and the rights of other minorities. Due to Ms. Rowell's activism for herself and others, she has become the face of fighting for diversity and against employment discrimination and retaliation in daytime television.

86.     Sixth, it would be easy to re-integrate her into Y&R because many characters remain on the show who were created as Drucilla's family members and acquaintances after Ms. Rowell's performance inspired storylines revolving around her. There are frequent references to her as a character's mother, sister, wife or friend. The show finally could use a live actress instead of integrating "dream scenes" of past footage of her.

87.     Finally, while Y&R is still the top-rated daytime soap opera, its viewership has plunged over the past few years, so that it now has only about a third of its peak audience. The return of Ms. Rowell as Drucilla possibly could arrest and even reverse the downward slide.

88.     Nonetheless, Ms. Rowell has been repeatedly rebuffed in her efforts to obtain re-employment. Indeed, it is clear that she is not even considered by Defendants' decision-makers any more for a role on Y&R or B&B. Defendants' unwillingness to engage her as an actress on either show can be explained only by illegal retaliation.

E.    **Injuries Suffered as a Result of the Retaliation**

89.    Ms. Rowell has suffered grievous economic harm from the retaliation that she has suffered since 2010. Not only was she denied the income associated with the jobs at Y&R and B&B for which she was rejected, but she was unable to come close to covering her losses with income from other employment. Her assiduous efforts have from time to time yielded her acting jobs on movies or on television shows, such as Law & Order: Special Victims Unit. But her reputation is on daytime soap operas, and it is difficult for an African American actress over the age of 50 to land major roles in a new genre.

90.    As a result, Ms. Rowell has had to sell many of her assets to cover living expenses. But for her ability in 2013 to obtain loan refinancing, she would have lost her home, on which payments had been in arrears for several years. She has been forced to tap into employee benefits, thereby depleting her resources for future years.

91.    During the course of her attempts to obtain re-employment, Ms. Rowell revealed to Defendants her precarious financial condition. Defendants nonetheless continued illegally to retaliate against her, causing her additional economic harm.

92.    The retaliation also caused grave mental anguish to Ms. Rowell. She knew that she was being denied the opportunity to resume working in a role in which she had succeeded through the power of her performance and personality in building and holding the fiercely sought after African American audience. She also knew that she was being impoverished and blackballed because she had chosen to speak out against the discrimination and injustice that she had endured and witnessed happen to other African Americans. Making matters worse, the persons denying her re-employment -- and indeed, not even seriously considering the possibility

-- were, in many instances, the very persons who had either created or perpetuated the discrimination.

## V.  PLAINTIFFS' CLAIMS

A.     Retaliation in Violation of FEHA and 42 U.S.C. § 1981 in All Four Defendants' Refusal to Re-employ Ms. Rowell on Y&R or Even to Consider Her for Re-Employment on the Show

93.     Ms. Rowell realleges each of the paragraphs above as if fully set forth herein.

94.     Ms. Rowell repeatedly, both privately and publicly, opposed racial discrimination committed by Defendants in the terms and conditions imposed on African Americans actors and actresses on Y&R and in their failure to hire African Americans in writing, directing, producing and other prominent behind-the-camera positions on Y&R and B&B.

95.     Ms. Rowell has suffered adverse employment actions in that Defendants repeatedly have rejected her attempts to be re-employed to resume her character of Drucilla Barber Winters on Y&R.

96.     Ms. Rowell also has suffered adverse employment actions in that Defendants refuse even to consider her for re-employment on Y&R to resume her character of Drucilla Barber Winters.

97.     Ms. Rowell has suffered these adverse employment actions because the Defendants have retaliated against her for her public and private opposition to racial discrimination on Y&R and B&B.

98.     This retaliation has caused substantial financial and monetary harm to Ms. Rowell.

**B. Retaliation in Violation of FEHA and 42 U.S.C. § 1981 in the Refusal of Defendants Bell and CBS to Re-employ Ms. Rowell on B&B or Even to Consider Her for Re-Employment on the Show**

99.    Ms. Rowell realleges each of the paragraphs above as if fully set forth herein.

100.    Ms. Rowell repeatedly, both privately and publicly, opposed racial discrimination committed by Defendants in the terms and conditions imposed on African Americans actors and actresses on Y&R and in their failure to hire African Americans in writing, directing, producing and other prominent behind-the-camera positions on Y&R and B&B.

101.    Ms. Rowell has suffered adverse employment actions in that Defendants Bell and CBS repeatedly have rejected her attempts to obtain crossover re-employment to resume her character of Drucilla Barber Winters on B&B or to take on a new character on B&B.

102.    Ms. Rowell also has suffered adverse employment actions in that Defendants Bell and CBS refuse even to consider her for re-employment on B&B to resume her character of Drucilla Barber Winters or to take on a new character.

103.    Ms. Rowell has suffered these adverse employment actions because Defendants Bell and CBS have retaliated against her for her public and private opposition to racial discrimination on Y&R and B&B.

104.    This retaliation has caused substantial financial and monetary harm to Ms. Rowell.

## VI.  PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that this Court enter judgment in her favor and against Defendants as follows:

A.  For an order directing Defendants to re-employ Ms. Rowell on Y&R, or at least to consider her seriously for re-employment on Y&R without regard to her prior efforts to address the discrimination that she perceived at Defendants;

B.  For an order directing Defendants Bell and CBS to re-employ Ms. Rowell on B&B, or at least to consider her seriously for re-employment on B&B without regard to her prior efforts to address the discrimination that she perceived at Defendants;

C.  For an award of reasonable monetary damages, including back pay (plus interest or an appropriate inflation factor and an enhancement to offset any adverse tax consequences associated with lump sum receipt of back pay), front pay (until such time as she is re-employed), lost benefits and all other direct damages owed to Ms. Rowell;

D.  For an award of consequential damages, including the loss of assets as a result of the illegal retaliation;

E.  For an award for the mental anguish and pain and suffering that Ms. Rowell suffered as a result of the illegal retaliation;

F.  For an award of punitive damages;

G.  For reasonable attorneys' fees and costs;

H.  For such other relief that the Court deems equitable and/or just.

## JURY DEMAND

Pursuant to Fed. R. Civ. P. 38(b), Plaintiff Victoria Rowell demands a trial by jury of all

issues for which she has the right to demand a trial by a jury.

DATED:      February 11, 2015
            Garden City, NY 11530

Respectfully submitted,

Robert J. Valli (RV-9995)
Sara Wyn Kane (SK-6390)
VALLI KANE & VAGNINI LLP
600 Old Country Road, Suite 519
Garden City, NY 11530
Tel.: (516) 203-7180
Fax: (516) 706-0248
rvalli@vkvlawyers.com
skane@vkvlawyers.com


Dan Stormer (Cal. Bar No. 101967) *
Mohammad Tajsar (Cal. Bar. No. 280152) *
HADSELL STORMER & RENICK LLP
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Telephone:  (626) 381-9261
Facsimile:  (626) 577-7079
dstormer@hadsellstormer.com
mtajsar@hadsellstormer.com


Cyrus Mehri (D.C. Bar No. 420970) *
Michael D. Lieder (D.C. Bar No. 444273) *
MEHRI & SKALET, PLLC
1250 Connecticut Ave., NW, Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Facsimile: (202) 822-4997
cmehri@findjustice.com
mlieder@findjustice.com


*Pro Hac Vice Application Forthcoming

31

# EXHIBIT



Victoria Rowell's Opposition to Discrimination and Defendants' Retaliation Against Her

# Victoria Rowell's Opposition to Discrimination and Defendants' Retaliation Against Her





Victoria Rowell's Opposition to Discrimination and Defendants' Retaliation Against Her