UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---------------------------------------------------------------- x

VICTORIA ROWELL,

                    Plaintiff,

         - against -

SONY PICTURES TELEVISION, INC., SONY
PICTURES ENTERTAINMENT, INC., BELL
DRAMATIC SERIAL COMPANY, L.P.,
BELL-PHILLIP TELEVISION PRODUCTION
INC., CORDAY PRODUCTIONS, INC., and
CBS CORPORATION,

                   Defendants.

:
:    15-CV-1010 (PAE)
:
:
:
:
:
:
:
:
:
:
:
:

---------------------------------------------------------------- x

**DECLARATION OF ELIZABETH J. CARROLL IN SUPPORT OF DEFENDANTS
SONY PICTURES TELEVISION INC., SONY PICTURES ENTERTAINMENT INC.,
AND CBS CORPORATION'S SPECIAL MOTION TO STRIKE AND/OR DISMISS
PLAINTIFF'S CLAIMS UNDER THE CALIFORNIA FAIR EMPLOYMENT AND
HOUSING ACT PURSUANT TO THE CALIFORNIA ANTI-SLAPP STATUTE**

DAVIS WRIGHT TREMAINE LLP
JOHN P. LeCRONE
ELIZABETH J. CARROLL
865 S. Figueroa Street, Suite 2400
Los Angeles, California 90017
Telephone:    (213) 633-6800
Fax:    (213) 633-6899
Em:    johnlecrone@dwt.com; betsycarroll@dwt.com

DAVIS WRIGHT TREMAINE LLP
LAURA SACK
SCOTT COOPER
1633 Broadway 27th Floor
New York, New York 10019
Telephone:    (212) 489-8230
Fax:    (212) 489-8340
Em:    laurasack@dwt.com; scottcooper@dwt.com

*Attorneys for Defendants
Sony Pictures Television Inc.,
Sony Pictures Entertainment Inc., and
CBS Corporation*

## <u>DECLARATION OF ELIZABETH J. CARROLL</u>

I, Elizabeth J. Carroll, declare as follows:

1.       I am an attorney licensed to practice law in all courts of the State of California, and am counsel in the law firm Davis Wright Tremaine LLP ("DWT"), attorneys for Defendants Sony Pictures Television Inc., Sony Pictures Entertainment Inc. and CBS Corporation ("Defendants") in this matter.  I have received the Court's approval to appear *pro hac vice* in this matter.  The matters stated below are true of my own personal knowledge and, if called to testify, I could and would competently testify thereto.

2.       On March 6, 2015, I caused to be printed a true and correct copy of an article by Amanda Kondolojy, titled "Soap Opera Ratings: 'The Bold and the Beautiful' Hits Multi-Year Highs as 'Days of Our Lives' Hits Another Low," which appeared on zap2it.com on March 1, 2015, and is available at http://tvbythenumbers.zap2it.com/2015/03/01/soap-opera-ratings-the-bold-and-the-beautiful-hits-multi-year-highs-as-days-of-our-lives-hits-another-low/368786/.  A true and correct copy of the article as it appeared on the above URL on March 6, 2015 is attached hereto as **Exhibit A**.

///

///

///

1

2

3.        On March 6, 2015, I caused to be printed a true and correct copy of a portion of the American Media, Inc. website regarding its publication Soap Opera Digest, which is available at http://www.americanmediainc.com/brands/soap-opera-digest.  A true and correct copy of the website portion as it appeared on the above URL on March 6, 2015 is attached hereto as **Exhibit B**.

I declare under penalty of perjury under the laws of the United States of America and California that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on March 10, 2015 in Los Angeles, California.


_____/s/_____
Elizabeth J. Carroll