# EXHIBIT A

Case 2:15-cv-02442-JAK-AGR Document 24-1 Filed 03/10/15 Page 2 of 3 Page ID #:190

 

TV Listings          TV Ratings



**TV By the Numbers:  All Posts  Daily  Weekly  Network vs. Network  Renew/Cancel  Cable News  Late Night  More Ratings  TV Shows**


Order Food. The Easy Way.
Find local restaurants. Order online.
ORDER FOOD NOW
grubHub
happy eating

SOAP OPERA TV RATINGS

# Soap Opera Ratings: 'The Bold and the Beautiful' Hits Multi-Year Highs as 'Days of Our Lives' Hits Another Low

Categories: **Soap Opera TV Ratings**

**Written By Amanda Kondolojy**
March 1st, 2015

| 1 | 5 | 10 |

g+1  Like  Tweet


UCLA Extension
Started by **clicking** a banner just like this
Enroll Now →

TV LISTINGS



via **Soap Opera Network**:

Ratings Report for the Week of February 16-20, 2015

Numbers are based on Live+Same Day ratings

(Compared to Last Week/Compared to Last Year)

## Total Viewers
1. Y&R 5,581,000 (+690,000/+355,000)
2. B&B 4,183,000 (+467,000/+386,000) <—— 8 year high *
3. GH 3,186,000 (+152,000/+147,000)
4. DAYS 2,591,000 (+293,000/-245,000)
* Highest since February 12-16, 2007

## Households
1. Y&R 3.92/11 (+.4/+.09)
2. B&B 2.99/9 (+.26/+.23) <—— 7 year high *
3. GH 2.36/7 (+.07/+.06)
4. DAYS 1.92/6 (+.18/-.17)

* Rounded to 3.0
* Highest since February 25-29, 2008

## Women 18-49 Viewers
1. Y&R 934,000 (+144,000/+75,000)
2. B&B 665,000 (+59,000/+13,000)
2. GH 665,000 (+100,000/-59,000)
4. DAYS 465,000 (+1,000/-183,000)

## Women 18-49 Rating

### Tonight in Prime Time

| | 8:00 PM | 8:30 PM | 9:00 PM | 9:30 PM | 10:00 PM | 10:30 PM |
|---|---|---|---|---|---|---|
| ABC | Shark Tank HD NEW | | In an Instant HD NEW | | | |
| CBS | The Amazing Race HD NEW | | Hawaii Five-0 HD NEW | | Blue Bloods HD NEW | |
| NBC | Law & Order: Special Victims Unit HD | | Dateline NBC HD NEW | | | |
| FOX | World's Funniest Fails HD NEW | | Glee HD NEW | | Local Programming | |
| CW | Hart of Dixie HD NEW | | Whose Line Is It Anywa HD | Whose Line Is It Anywa HD | Local Programming | |

**TV Listings Guide**

TV listings powered by **Zap2it**

Case 2:15-cv-02442-JAK-AGR  Document 24-1  Filed 03/10/15  Page 3 of 3  Page ID #:191

1. Y&R 1.46/9 (+.23/+.12)
2. B&B 1.04/6 (+.09/+.02)
2. GH 1.04/6 (+.16/-.09)
4. DAYS 0.73/4 (+.01/-.28) <—— ties low (2nd straight week) *

\* Rounded down to 0.7

**Source: Soap Opera Network**

Y&R = The Young & The Restless, B&B = The Bold and The Beautiful, GH = General Hospital, DAYS = Days Of Our Lives.

Nielsen TV Ratings Data: ©2015 The Nielsen Company. All Rights Reserved.

*Follow TV by the Numbers on Twitter, Facebook, Google+, Tumblr or RSS for all the latest.*

Tags: **Days of Our Lives Ratings**, **General Hospital Ratings**, **The Bold and the Beautiful Ratings**, **The Young & The Restless Ratings**

## YOU MAY LIKE

Sponsored Links by Taboola

**17 Actors Who Are Gay in Real Life But Play Straight Characters**
POPnHOP

**Top 15 Artists Who Are Older Than You Thought**
POPHitz

**#1 WORST Exercise That Ages You Faster**
MAX Workouts Fitness Guide

**Scientists Conclude We Don't Load Dishwashers Correctly**
Reviewed.com

**10 of the Most Cancer Causing Foods**
NaturalON

**26 Most Unique Celebrity Children's Names**
Essence

## MORE FROM THE WEB

- **17 Actors Who Are Gay in Real Life But Play Straight Characters** (POPnHOP)
- **Top 15 Artists Who Are Older Than You Thought** (POPHitz)
- **#1 WORST Exercise That Ages You Faster** (MAX Workouts Fitness Guide)
- **Scientists Conclude We Don't Load Dishwashers Correctly** (Reviewed.com)
- **10 of the Most Cancer Causing Foods** (NaturalON)

## MORE FROM TV BY THE NUMBERS

- **Tuesday Final Ratings: 'Chicago Fire' Adjusted Down; No Adjustment to 'Marv…**
- **NASCAR & UFC Deliver One-Two Ratings Punch Saturday for FOX Sports 1**
- **FOX Sports 1 Releases NCAA Basketball Tournaments Coverage Schedule**
- **Univision Deportes Network Outperforms MLB Network, Fox Sports 2 & The Golf C…**
- **CBS News' 'Face The Nation' First in Viewers & Adults 25-54**

Promoted Links by Taboola

Watch Full Episodes

televisionfanatic.com

Turn Your Computer into a TV! Watch Full TV Episodes w Free App

Pres. Obama Ratings

newsmax.com/surveys

Rate President Obama on His Job Performance. Vote Here Now.

23 Comments    TV by the Numbers                                    Login

### YOUR ENTERTAINMENT TODAY (//WWW.ZAP2IT.COM)



Ben Robson may be on 'Vikings' but he's living the L.A. life (//www.zap2it.com/blogs/ben_ 2015-03)
(//www.zap2it.com/blc 2015-03)

'Hannibal,' 'America's Got Talent' and more get summer premiere dates (//www.zap2it.com/blogs/hann 2015-03)
(//www.zap2it.com/blc 2015-03)

'Person of Interest's' Sarah Shahi gives birth to twins, but she's still not returning to CBS (//www.zap2it.com/blogs/perso 2015-03)
(//www.zap2it.com/blc 2015-03)

**TV BY THE NUMBERS SITE SEARCH**

big bang theory ratings     [Search]

**FOLLOW US**

   


TV by the Numbers
Like

44,494 people like TV by the Numbers.



**RECENT POSTS**

**Soap Opera Ratings: 'The Young & The Restless' & 'Days of Our Lives' Up in WOmen 18-49 Viewers**

**Thursday Cable Ratings: NBA Basketball Wins Night, 'WWE Smackdown', 'Vikings', 'Archer', 'Dig' & More**

**Thursday Final Ratings: 'The Big Bang Theory', 'American Idol' & 'The Blacklist' Adjusted Up**

**Cable News Ratings for Thursday, March 5, 2015**

**NBC Announces Summer Premiere Dates for 'Hannibal', 'Aquarius', 'America's Got Talent' & More**

**Disney Channel Greenlights Comedy Series 'Best Friends Whenever'**

**Showtime Comedy Documentary 'Knock Knock, It's Tig Notaro' to Premiere Friday, April 17**

**'Deadliest Catch' Season 11 to Premiere Tuesday, April 14 on Discovery Channel**

**'The Big Bang Theory' Leads Adults 18-49 Gains, 'Glee' Tops Percentage Increases & 'The Blacklist' Leads in Viewer Growth in Live +3 Ratings for Week 23 Ending March 1**

**'Allegiance' Canceled by NBC, 'The Slap' Moves to Thursday at 10PM & 'Dateline: The Real Blacklist'**