# EXHIBIT

# B



Contact Us    Careers

## YOUR #1 SOAP SOURCE!

### Editorial Mission Statement

Soap Opera Digest, the leading magazine reporting on the soap opera industry for over 39 years, provides behind-the-scenes scoop and breaking news to passionate soap fans every week. Readers have a strong connection to their favorite characters and Soap Opera Digest is the link to these stars, both on screen and off. With special editorial features on beauty, fashion, health/fitness and parenting, in addition to the latest soap news, Soap Opera Digest gives readers all the information they crave.

**Print:**
Frequency: Weekly
Audience: 3,151,000
Demographics:
     Median Age: 50.0
     Median HHI: $39,954

Source: MRI Fall 2014

**SoapOperaDigest.com:**
Monthly Unique Visitors: 451K
Monthly Page Views: 1.2MM
Median Age: 55.2
Median HHI: $67,124
Social Media: 508K Followers

Sources: Google Analytics, Nov. 2014; comScore, Sep. 2014 (3 mo. avg.)



**EDITORIAL DIRECTOR: STEPHANIE SLOANE**

**EVP, GROUP PUBLISHER: DAVID JACKSON**

WEBSITE > (HTTP://WWW.SOAPOPERADIGEST.COM/)
SUBSCRIBE > (HTTPS://W1.BUYSUB.COM/LOC/SOD/SUBSCRIBE)
CUSTOMER SERVICE > (HTTPS://W1.BUYSUB.COM/LOC/SOD/CUSTOMERSERVICE)
MEDIA KIT >
(HTTP://WWW.AMERICANMEDIAINC.COM/SITES/AMERICANMEDIAINC.COM/FILES/2015%20SOAP%20OPERA%20DIGEST%20NEW%20MEDIA%20KIT%20%281%29.PDF)

(https:// www .facebook .com /soapdigestofficial? ref=ts&fref=ts)
(https://twitter.co m/# !/soapdigest )

Home  |  Brands  |  Careers  |  Press Room  |  Terms and Conditions  |  Privacy Policy  |  Investor Relations

© 2015 American Media Inc. All Rights Reserved