**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VICTORIA ROWELL, ) ) ) Plaintiff, ) ) -against- ) ) ) SONY PICTURES TELEVISION, INC., ) SONY PICTURES ENTERTAINMENT, ) INC., BELL DRAMATIC SERIAL ) COMPANY, L.P., BELL-PHILLIP ) TELEVISION PRODUCTION INC., ) CORDAY PRODUCTIONS, INC., and ) CBS CORPORATION, ) ) ) Defendants. ) ) | NO. 15-CV-01010-PAE<br><br>**[PROPOSED] ORDER** |

Upon the motion of Defendants Bell Dramatic Serial Company, L.P. and Bell-Phillip Television Productions, Inc. (collectively referred to as "Defendants") for dismissal of the Complaint for lack of lack of personal jurisdiction, improper venue, and failure to state claims upon which relief may be granted, it is hereby Ordered:

That Plaintiff's Complaint is dismissed with prejudice as to Defendants pursuant to Federal Rules of Civil Procedure ("FRCP") 12(b)(2).

That Plaintiff's Complaint is dismissed with prejudice as to Defendants pursuant to FRCP 12(b)(3).

That Plaintiff's Complaint is dismissed with prejudice as to Defendants pursuant to FRCP 12(b)(6).

Alternatively, it is hereby Ordered:

That this case be transferred to the Central District of California (Los Angeles) pursuant to _____ 28 U.S.C. § 1406(a), or _____ 28 U.S.C. § 1404(a).

Dated: _____          _____
                                          PAUL A. ENGELMAYER (USDJ)