**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VICTORIA ROWELL,<br><br>   Plaintiff,<br><br> -against-<br><br><br>SONY PICTURES TELEVISION, INC.,<br>SONY PICTURES ENTERTAINMENT,<br>INC., BELL DRAMATIC SERIAL<br>COMPANY, L.P., BELL-PHILLIP<br>TELEVISION PRODUCTION INC.,<br>CORDAY PRODUCTIONS, INC., and<br>CBS CORPORATION,<br><br><br>   Defendants. | NO. 15-CV-01010-PAE |

**DECLARATION OF ANN WILLMOTT IN SUPPORT OF DEFENDANTS BELL
DRAMATIC SERIAL COMPANY, L.P. AND BELL-PHILLIP TELEVISION
PRODUCTIONS, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL
JURISDICTION, IMPROPER VENUE, AND FAILURE TO STATE CLAIMS UPON
WHICH RELIEF MAY BE GRANTED, AND/OR MOTION TO TRANSFER VENUE**

## <u>DECLARATION OF ANN WILLMOTT</u>

I, ANN WILLMOTT, declare as follows:

1.      I am the Vice President of Operations for Bell-Phillip Television Productions, Inc., and Vice President of Bell Dramatic Serial Company, L.P (collectively referred to as "Defendants").  I submit this declaration in support of Defendants Bell-Phillip Television Productions, Inc. and Bell Dramatic Serial Company, L.P. Motion to Dismiss For Lack of Personal Jurisdiction, Improper Venue, and Failure to State Claims Upon Which Relief May be Granted and/or Motion to Transfer Venue.  Unless otherwise stated, the following facts and matters referred to in this statement are within my personal knowledge, or are based upon information gleaned from documents and records to which I have access and have reviewed, and are true to the best of my knowledge, information, and belief.

2.      I have worked in different capacities for Defendants since November 2007.  As the Vice President of Operations for Bell-Phillip Television Productions, Inc. ("Bell-Phillip" or "BPT"), and Vice President of Bell Dramatic Serial Company, L.P. ("Bell Dramatic" or "BDSC,")  my general job duties consist of talent negotiations for Bell-Phillip, production budgeting for Bell-Phillip, contract administration and overseeing business affairs for both Bell-Phillip and Bell Dramatic.  With respect to my position for Bell Dramatic, I report to the President of Bell Dramatic William J. Bell.  With respect to my position for Bell-Phillip, I report to the President of Bell-Phillip William J. Bell, and to the Executive Producer and Head Writer of Bell-Phillip Bradley P. Bell.

3.      All of my job duties are performed out of Bell-Phillip's principal place of business located at 7800 Beverly Boulevard, in Los Angeles, California.  I am a resident of Los Angeles, California.   Bell Dramatic's legal business address is 212 E. Rowland Street, #312, in Covina CA 91723.

4.      William J. Bell works at Bell-Phillip's principal place of business located at 7800 Beverly Boulevard, in Los Angeles, California.  Since before I began working for Bell-Phillip in 2007, to my knowledge, Mr. Bell has been the President of Bell Dramatic, and the President of Bell-Phillip.  William Bell is a resident of Bel Air, California.

5.      Bradley P. Bell works at Bell-Phillip's principal place of business located at 7800 Beverly Boulevard, in Los Angeles, California.  Since before I began working for Bell-Phillip in 2007, to my knowledge, Mr. Bell has been the Executive Producer and Head Writer for Bell-Phillip.  Bradley Bell is a resident of Los Angeles, California.

6.      Bell-Phillip and Bell Dramatic Serial are two separate entities.  Bell Dramatic does NOT own Bell-Phillip.  Nor does Bell-Phillip own Bell Dramatic.

7.      Bell-Phillip is an independent production company which owns and produces the television show The Bold and the Beautiful ("B & B"), which is aired on CBS.

8.      Bell Dramatic is a limited partnership and is a profit participant in the show The Young and the Restless ("Y & R").   Y & R also airs on CBS.  Bell Dramatic does not have an "ownership interest" in Y & R.   Y & R is wholly owned by CPT Holdings, which is an affiliated company of Sony Pictures.  Bell Dramatic is only responsible for administering and managing the writing contracts for writers of Y & R.  Bell-Phillip is not involved in any way with Y & R.

9.      Bell-Phillip Television Productions, Inc. is a corporation incorporated in the State of Delaware.   Its principal place of business is located at 7800 Beverly Boulevard, in Los Angeles, California.  Bell-Phillip does not have any offices in New York, does not employ any employees in New York, has no property in New York, does not solicit any business in New York, has no bank accounts in New York, does not have any licenses in New York, does not have a New York telephone number, does not have any agents in New York, and does not conduct or transact any business in New York.

2

10.     Bell-Phillip has a licensing agreement with CBS and TV Guide Network ("TVGN") to air B & B domestically.  Under the agreements, these entities are responsible for the distribution of the show domestically, advertising, and promotion of the episodes.  CBS also has rights to exploitation of the show through online services and other media, and to otherwise exploit B & B domestically in any fashion it chooses. Bell-Phillip has nothing to do with how B & B is advertised, aired, or viewed on any medium in New York.

11.     Bell Dramatic Serial Company, L.P. was formed in the State of California, and has its principal place of business at 212 E. Rowland Street, #312, in Covina CA 91723.  Bell Dramatic does not have any offices in New York, has no property in New York, does not solicit any business in New York, has no bank accounts in New York, does not have any licenses in New York, does not have a New York telephone number, does not have any agents in New York, and does not conduct or transact any business in New York.  Bell Dramatic currently employs four (4) writers who reside in New York.  These writers were hired from California, but reside in New York and, essentially, are working remotely from their residences in New York. Communication with these writers is done from Los Angeles via phone conferences and emails. Bell Dramatic does not conduct business in New York with these four (4) writers. Bell Dramatic also does not transact any business in the State of New York.

12.     Bell Dramatic is not responsible for the hiring or firing of talent/actors who appear on Y & R.

13.     As previously stated, Bell Dramatic has no ownership in Y & R.  Similarly, Bell Dramatic does not produce or distribute Y & R, and it is not a party to any licensing agreements for airing/broadcasting of the show, or for anything else related to exploitation of the show.   Bell Dramatic is not involved in any way with B & B.

/ / /

14.     The Bold & the Beautiful is taped, produced, and cast at CBS Television City ("TV City") located in Los Angeles, California. I have been informed that the show has always been taped and produced at TV City, which is located at 7800 Beverly Boulevard, in Los Angeles, California, since it debuted in 1987.  Casting for the Bold & the Beautiful is done at Bell-Phillip's casting office located at 7800 Beverly Boulevard, in Los Angeles, California. All of the rehearsals for B & B take place in TV City, and all of the scripts for episodes of B & B are finalized at TV City.  While B & B has occasionally taped in a remote location, it has never taped in New York either during the time I have worked for Bell-Phillip, nor any time before my employment with Bell-Phillip, to my knowledge.  Post-production of B & B episodes is done at TV City.

15.     The show is taped at Stage 31 located at TV City, which Bell-Phillip has leased from CBS since the inception of the show.  The stage crew, including camera crew, electricians, make-up artists, technical director, and others, work at TV City.  It is my understanding that all of these personnel also live in Los Angeles, California, or a neighboring city.

16.     The producers, directors, primary writers, office staff, and actors of B & B are employed by Bell-Phillip, and perform their services in Los Angeles, California.  All of these people reside either in Los Angeles, California or a neighboring city, with the exception of one actor, who regularly commutes to Los Angeles from Connecticut.

17.     The casting department for B & B is located at 7800 Beverly Boulevard in Los Angeles, California.  The Casting Director for B & B is Christy Dooley.  Ms. Dooley has been the Casting Director for the Bold & the Beautiful since approximately 1987, and resides in Los Angeles, California.  Since my employment with Bell-Phillip, and to my knowledge, before my employment with Bell-Phillip, I am aware of no persons who participated in or were responsible

4

for casting decisions at the Bold & the Beautiful who ever worked or resided in New York; nor have any casting decisions been made in New York.

18.   Bell Dramatic employs the Head Writer for Y & R.  His name is Charles A. Pratt, and he resides in Tarzana, California.

19.   Maria Bell, former Executive Producer and Head Writer for Y & R, who is named in Plaintiff's lawsuit as a witness, was employed by Bell Dramatic. During the term of her employment, she resided in Bel Air, and to my knowledge, Ms. Bell has continued to reside in Bel Air, California.  Lee Phillip-Bell is a co-creator of Y & R and B & B.  Mrs. Bell currently works at Bell Phillip's offices located at 7800 Beverly Boulevard in Los Angeles, California. She resides in Beverly Hills, California.

20.   It would be a burden for Bell Dramatic and Bell-Phillip to have to litigate Plaintiff's claim in New York since all of the people with knowledge or information are located in Los Angeles, California and it would be costly to have to fly these persons to New York, not to mention it would be costly for Defendants to have to hire New York attorneys to defend this case.

21.   Both Defendants Bell Dramatic and Bell-Phillip were served with Plaintiff's Complaint in Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America, and California, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on March 17, 2015, in Kenab, Utah.

_Ann Willmott_

_____
Ann Willmott

5