**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VICTORIA ROWELL, | ) |
| Plaintiff, | ) ) ) |
| -against- | ) ) NO. 15-CV-01010-PAE ) |
| | ) **RULE 7.1 DISCLOSURE STATEMENT** |
| SONY PICTURES TELEVISION, INC., SONY PICTURES ENTERTAINMENT, INC., BELL DRAMATIC SERIAL COMPANY, L.P., BELL-PHILLIP TELEVISION PRODUCTION INC., CORDAY PRODUCTIONS, INC., and CBS CORPORATION, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Bell Dramatic Serial Company, L.P., (a private non-governmental party) certifies that there is no parent corporation or publicly-held corporation that owns more than 10% of its stock.

Dated: March 17, 2015                    Respectfully Submitted,

___/s/ _Regina Silva_____
Regina Silva
(CA Bar No. 173573) (*pro hac vice*)
Tyson and Mendes, LLP
5661 La Jolla Boulevard
La Jolla, CA 92037
Tel: (858) 459-4400/ Fax: (858) 459-3864
rsilva@tysonmendes.com