# EXHIBIT "A"



STATE OF CALIFORNIA I Department of Fair Employment and Housing                    EMPLOYMENT CORRECTED COMPLAINT

# COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT

DFEH NUMBER
129278-66249

EEOC NUMBER
37A-2013-21326-C

COMPLAINANT
Victoria Rowell

NAMED IS THE EMPLOYER, PERSON, AGENCY, ORGANIZATION OR GOVERNMENT ENTITY WHO DISCRIMINATED AGAINST ME

| RESPONDENT | ADDRESS | PHONE |
|---|---|---|
| Sony Pictures Entertainment, Inc. Michael Lynton | 10202 West Washington Blvd.  Culver City CA 90232 | |

| AGENT FOR SERVICE | ADDRESS | PHONE |
|---|---|---|
| Chuck Meyer Meyer and Felsen Law Corporation | 1925 Century Park East, Suite 1050  Los Angeles CA 90067 | (310) 552-1707 |

| CO-RESPONDENT(S) | ADDRESS | PHONE |
|---|---|---|
| Ken Corday Corday Productions, Inc. | 3000 West Alameda Avenue  Burbank  CA 91523 | |
| William Bell, JR Bell Dramatic Serial Company, L.P. | 7800 Beverly Blvd RM 3371  Los Angeles  CA 90036 | |

DATE FILED   Aug 28, 2013
MODIFIED      Aug 28, 2013
CORRECTED September 05, 2013

REVISED MAY 2013
PAGE 1/2

Exhibit "A" Page 4



STATE OF CALIFORNIA | Department of Fair Employment and Housing                    EMPLOYMENT CORRECTED COMPLAINT

## COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT

| DFEH NUMBER | EEOC NUMBER |
|---|---|
| 129278-66249 | 37A-2013-21326-C |

| TYPE OF EMPLOYER | NO. OF EMPLOYEES | COUNTY OF VIOLATION |
|---|---|---|
| Private Employer | 10000 | Los Angeles - S |

| I ALLEGE THAT I EXPERIENCED | Retaliation |
|---|---|
| ON OR BEFORE | Aug 28, 2013 |
| BECAUSE OF MY | Color, Race |
| AS A RESULT, I WAS | Denied employment, Denied reinstatement |

STATEMENT OF FACTS

I was hired and awarded my first three-year contract in 1990 on the Columbia Broadcast System [CBS] licensed television soap opera, "The Young and the Restless" in the role of "Drucilla Barber Winters." Subsequent contracts for this show would continue until 2007, starring in over two thousand episodes. I was originally hired by Columbia Pictures Television [CPT Holdings, Inc.], Sr. Executive Producer, Creator [a credit shared by wife, Lee Phillip-Bell] Head Writer, William ["Bill"] J. Bell Sr. of Bell Dramatic Serial Company and Corday Productions, Inc. Sony Pictures Television assumed 51% ownership of The Young and the Restless in 2002. I was informed that the primary reason I was hired on The Young and the Restless was to quell African American audience concern by promoting diversity and representing a more relatable African American presence on the show other than a stereotypical Black maid. During my employment on "The Young and the Restless," I advocated for more of a public presence of actors of color on the show and in the press. I noticed [omit] stereotypes around African American roles on the show and I campaigned the Producers to hire more people of color in mainstream roles [omit]. Several African Americans on the show were depicted in a very stereotypical and derogatory manner. Further, I was hired on the show to play the role of an illiterate thief. Because of my desire to promote more equality and opportunity for African American actors, I proposed storylines more than once to the Executive Producer[s] of the show that would require the additional hiring of African American actors. The show adopted my proposals [pitches]. As a result, this ensured more employment for existing African American actors as well as the hiring of additional African American actors. Collectively the character I portrayed spun off approximately twelve African American acting contracts on the show. For the first time in the history of the show there were black actors and actresses that were awarded long term contracts, introduced in prominent roles as doctors and industry executives on the show and competitive with white actors. For the first time African American actors were `leading` actors and won multiple EMMY Awards on The Young and the Restless and won the show dozens of NAACP Image Awards. My character, "Drucilla Winters" became widely popular among the viewers of the show. I was prohibited from the in-house EMMY ballot for several years in another tactic to discourage me from my diversity work. Newly contracted African American actors on the show as a direct result of my work remain on The Young and the Restless to this day. On our around 2000, my efforts to campaign for more equality and diversity on the show continued. I campaigned the producers of the show for a black hair stylist who could properly style the black actresses' hair. Because of their reluctance to hire an African American stylist, when they finally did hire one, African American actors were placed in the hair and makeup room of another show, located beneath The Young and the Restless hair and makeup room. When the Black stylist was allowed to move up to The Young and the Restless hair & makeup room, I was harassed - even told my hair "smelled" It was humiliating and demeaning. Discriminatory and demeaning behavior against me continued throughout my time on the show. For example, the producers of the show would not discipline other actors who harassed and humiliated me. They allowed incidents of blatant racist acts on set such as when another actress,                ran onto the set dancing wildly and wearing an oversized wig in an effort to mock my Afro styled hair that day. They allowed another actress,                ', to spit on me while on set, and only required her to apologize for her actions. Further, they disciplined me for small matters in an attempt to dissuade me from my advocacy for African Americans on the show. H

SIGNED UNDER PENALTY OF PERJURY
By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge, except as to matters stated on my information and belief,

and as to those matters I believe them to be true.

Verified by Dan Stormer, Attorney for Complainant, and dated on September 05, 2013 at Pasadena, CA.

DATE FILED   Aug 28, 2013
MODIFIED     Aug 28, 2013
CORRECTED September 05, 2013

REVISED MAY 2013
PAGE 2/2

I was hired and awarded my first three-year contract in 1990 on the Columbia Broadcast System (CBS) licensed television soap opera, "The Young and the Restless" in the role of "Drucilla Barber Winters." Subsequent contracts for this show would continue until 2007, starring in over two thousand episodes. I was originally hired by Columbia Pictures Television (CPT Holdings, Inc.), Sr. Executive Producer, Creator (a credit shared by wife, Lee Phillip-Bell) Head Writer, William ("Bill") J. Bell Sr. of Bell Dramatic Serial Company and Corday Productions, Inc.

Sony Pictures Television assumed 51% ownership of The Young and the Restless in 2002.

I was informed that the primary reason I was hired on The Young and the Restless was to quell African American audience concern by promoting diversity and representing a more relatable African American presence on the show other than a stereotypical Black maid.

During my employment on "The Young and the Restless," I advocated for more of a public presence of actors of color on the show and in the press. I noticed (omit) stereotypes around African American roles on the show and I campaigned the Producers to hire more people of color in mainstream roles (omit). Several African Americans on the show were depicted in a very stereotypical and derogatory manner. Further, I was hired on the show to play the role of an illiterate thief.

Because of my desire to promote more equality and opportunity for African American actors, I proposed storylines more than once to the Executive Producer(s) of the show that would require the additional hiring of African American actors. The show adopted my proposals (pitches). As a result, this ensured more employment for existing African American actors as well as the hiring of additional African American actors. Collectively the character I portrayed spun off approximately twelve African American acting contracts on the show. For the first time in the history of the show there were black actors and actresses that were awarded long term contracts, introduced in prominent roles as doctors and industry executives on the show and competitive with white actors. For the first time African American actors were 'leading' actors and won multiple EMMY Awards on The Young and the Restless and won the show dozens of NAACP Image Awards. My character, "Drucilla Winters" became widely popular among the viewers of the show. I was prohibited from the in-house EMMY ballot for several years in another tactic to discourage me from my diversity work. Newly contracted African American actors on the show as a direct result of my work remain on The Young and the Restless to this day.

On our around 2000, my efforts to campaign for more equality and diversity on the show continued. I campaigned the producers of the show for a black hair stylist who could properly style the black actresses' hair. Because of their reluctance to hire an African American stylist, when they finally did hire one, African American actors were placed in the hair and makeup room of another show, located beneath The Young and the Restless hair and makeup room. When the Black stylist was allowed to move up to The Young and the Restless hair & makeup room, I was harassed - even told my hair "smelled" It was humiliating and demeaning.

Discriminatory and demeaning behavior against me continued throughout my time on the show.

For example, the producers of the show would not discipline other actors who harassed and humiliated me.  They allowed incidents of blatant racist acts on set such as when another actress, ___ ran onto the set dancing wildly and wearing an oversized wig in an effort to mock my Afro styled hair that day.  They allowed another actress, ___ to spit on me while on set, and only required her to apologize for her actions.  Further, they disciplined me for small matters in an attempt to dissuade me from my advocacy for African Americans on the show.

However, I continued my advocacy for the equality and representation of actors of color on the show and in the press.  Around 2005, I requested that the producers of the show contact the soap opera magazines in order to increase the presence of actors of color in the press by placing more actors of color on the covers of magazines.  I made this request to Bill Bell JR, the Executive Producer of the show.  However, Mr. Bell deliberately ignored my request.  Thus, I contacted the magazines myself and the Soap Opera Digest, a weekly magazine covering American daytime soap operas, put members of the show's black cast on the cover of their magazine.  I believe this upset SONY and Corday Productions.

In more than thirty-five years, the show had never had a black writer. I campaigned and won the employment the show's first African American writer and director. Still at the current forty year mark the show's producers refuse to hire an African American producer. White actors on the show have been given the opportunity to grow from actors to other areas behind the camera; however, I was not given this opportunity.

Around 2004 and 2005, I began advocating for more photographers and journalists of color to be on the set of the show.  I continued to have ongoing discussions with the producers of the show regarding hiring people of color.  I had ongoing discussions with the producers regarding the fact that when they did high people of color, they only hired mulattoes, lighter skinned black actors.

Around 2006, as a member of the Writers Guild of America, I asked the producers of the show if I could write for the show.  In more than thirty-seven years, the show had never had a black writer.  However, my request was turned down.  White actors on the show were given the opportunity to grow from actors to writers; however, I was not given this opportunity.  Around this time, I left my role on "The Young and the Restless" because I could no longer tolerate the discriminatory treatment against me based on my race and my advocacy of African Americans on the show.

I have sought employment on the show in 2010, 2011, 2012 and 2013.   In 2011, I was invited by ___ who manages SONY productions at large to meet with ___ , SONY's television chief to discuss reprising my role on the show to no avail.  Despite these and ongoing requests to regain employment on the show, they have refused to rehire me on the show again.  Further, despite a continued and substantial outpouring of audience requests for me to return to "The Young and Restless," the producers of the show have refused to rehire me.

At this time, SONY, Bell Dramatic Serial Company, and Corday Productions refuse to rehire me despite using my picture on the cover of CBS Soaps Magazine repeatedly, as recent as June

2013. My agent recently submitted me for a role on "The Bold and the Beautiful" soap opera in May 2013 but I was not considered for that role either. "The Bold and the Beautiful" is licensed by CBS and owned and operated by the Bell family. Agents have repeatedly submitted me for primetime and daytime work as an actress to no avail. Prior to that of this year, my agent informed me I was confirmed by casting director, ⸱                ⸱, to audition for a recurring role on the NBC, Sony Pictures Television, Corday Productions soap opera, Days of Our Lives. I was later informed by my former agent that I had been removed from the NBC/Days of Our Lives audition list. I am denied employment and auditions as a result of my advocacy on behalf of people of color during my employment with SONY, Bell Dramatic Serial Company, and Corday Productions. Further, I believe that the actions of SONY, Bell Dramatic Serial Company, and Corday Productions have demeaned my name and labeled me as a problem resulting in a continued denial of opportunity and employment on any shows owned or operated by these entities, including "The Young and the Restless."