UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV15-02442 JAK (AGRx) | Date | September 21, 2015 |
|---|---|---|---|
| Title | Victoria Rowell v. Sony Pictures Television, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Koni Chong |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Dan Stormer | Elizabeth J. Carroll |
| Mohammad K. Tajsar | John P. LeCrone |
| Cyrus B. Mehri | Tracey A. Kennedy |
| | Jean P. Nogues |
| | Regina Silva |

**Proceedings:** **DEFENDANTS SONY PICTURES TELEVISION, INC., ET AL.'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT (DKT. 90)**

**DEFENDANT BELL-PHILLIP TELEVISION PRODUCTIONS, INC. AND BELL DRAMATIC SERIAL COMPANY, LP'S JOINDER IN DEFENDANT SONY, ET AL.'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT AND FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED (DKT. 93)**

**DEFENDANT CORDAY PRODUCTION, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT (DKT. 95)**

**DEFENDANTS SONY PICTURES TELEVISION, INC., ET AL.'S MOTION TO STRIKE (DKT. 91)**

**DEFENDANT BELL-PHILLIP TELEVISION PRODUCTIONS, INC. AND BELL DRAMATIC SERIAL COMPANY, LP'S JOINDER IN DEFENDANT SONY, ET AL.'S MOTION TO STRIKE (DKT. 92)**

The motion hearing is held. The Court states its tentative views that it is inclined to grant in part and deny in part Defendants' Motions to Dismiss Plaintiff's First Amended Complaint and Motion to Strike (the

///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV15-02442 JAK (AGRx) | Date | September 21, 2015 |
| Title | Victoria Rowell v. Sony Pictures Television, Inc., et al. | | |

"Motions"). Counsel address the Court. The Court takes the Motions UNDER SUBMISSION and a ruling will be issued.

**IT IS SO ORDERED.**

|  | : | 50 |
|---|---|---|
| Initials of Preparer | ak | |