JEAN PIERRE NOGUES (SBN 84445)
jpn@msk.com
BRIAN M. RAGEN (SBN 275045)
byr@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant
Bell Dramatic Serial Company, L.P.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| VICTORIA ROWELL, | CASE NO. CV 15-02442-JAK (AGRx) |
|---|---|
| Plaintiff, | [Assigned to Honorable John A. Kronstadt – Courtroom 750] |
| v. | **DECLARATION OF ANN WILLMOTT IN SUPPORT OF DEFENDANT BELL DRAMATIC SERIAL COMPANY, L.P.'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| SONY PICTURES TELEVISION, INC., SONY PICTURES ENTERTAINMENT, INC., BELL DRAMATIC SERIAL COMPANY, L.P., BELL-PHILLIP TELEVISION PRODUCTION INC., CORDAY PRODUCTIONS, INC., and CBS CORPORATION, | |
| Defendants. | Date: April 4, 2016 Time: 8:30 a.m. Courtroom: 750 |

Mitchell
Silberberg &
Knupp LLP

7302279.1

DECLARATION OF ANN WILLMOTT

# DECLARATION OF ANN WILLMOTT

I, ANN WILLMOTT, declare as follows:

1.    I am Vice President, Production for Bell-Phillip Television Productions, Inc. ("Bell-Phillip") and Vice President of Bell Dramatic Serial Company, L.P. ("BDSC"), and have worked for Bell-Phillip and BDSC since November 2007.  Except as specifically stated herein, I make this declaration based upon my own personal knowledge or based upon review of the business records of Bell-Phillip and BDSC.

2.    Bell-Phillip is a Delaware corporation formed in or about 1967.  A copy of its articles of incorporation is attached hereto as Exhibit A.

3.    BDSC is a California limited partnership formed in or about 1994.  A copy of its certificate of limited partnership is attached hereto as Exhibit B.

4.    Bell-Phillip and BDSC are separate entities.  BDSC does not own or have any interest in Bell-Phillip.  Bell-Phillip does not own or have any interest in BDSC.

5.    Bell-Phillip owns and produces the television show The Bold and the Beautiful ("B&B").

6.    BDSC is a profit participant in the television show The Young and the Restless ("Y&R").  BDSC does not have any ownership interest in Y&R, and is responsible only for administering and managing contracts with the writers for Y&R.

7.    Bell-Phillip has no ownership of or role or responsibility with respect to Y&R.

/ / /

/ / /

/ / /

/ / /

/ / /

Mitchell
Silberberg &
Knupp LLP

7302279.1

2

**DECLARATION OF ANN WILLMOTT**

8.    BDSC has no ownership of or role or responsibility with respect to B&B.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of December, 2015 at Los Angeles, California.

_Ann Willmott_

_____

Ann Willmott

Mitchell
Silberberg &
Knupp LLP

7302279.1

3

**DECLARATION OF ANN WILLMOTT**