EXHIBIT A

CERTIFICATE OF INCORPORATION
OF
BELL-PHILLIP TELEVISION PRODUCTIONS, INC.

First: The name of the corporation is

BELL-PHILLIP TELEVISION PRODUCTIONS, INC.

Second: The address of its registered office in the State of Delaware is 100 West Tenth Street in the City of Wilmington, County of New Castle. The name of its registered agent at such address is The Corporation Trust Company.

Third: The nature of the business or purposes to be conducted or promoted is as follows:

To engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of Delaware.

Fourth: The total number of shares of stock which the corporation shall have authority to issue is one thousand (1,000) of the par value of One Dollar ($1.00) per share.

Fifth: The number of directors of the corporation shall be fixed from time to time by or in the manner provided in the by-laws, and may be increased or decreased as therein provided. Election of directors need not be by ballot unless the by-laws of the corporation so provide.

In furtherance and not in limitation of the powers conferred by statute, the board of directors is expressly authorized:

(a) To make, alter or repeal the by-laws of the corporation;

(b) To authorize and cause to be executed mortgages and liens upon the real and personal property of the corporation;

REC P102 PAGE 567

Exhibit A, Page 4

REC P102 PAGE 568

(c) To issue bonds, debentures and other obligations, either non-convertible or convertible into the corporation's stock, upon such terms, in such manner and under such conditions in conformity with law as may be fixed by the board of directors prior to the issuance of such bonds, debentures and other obligations;

(d) To set apart out of any of the funds of the corporation available for dividends a reserve or reserves for any proper purpose and to abolish any such reserve;

(e) To remove at any time any officer elected or appointed by the board of directors whenever in its judgment the best interests of the corporation would be served thereby;

(f) By resolution passed by a majority of the whole board, to designate one or more committees, each committee to consist of two or more of the directors of the corporation; the board may designate one or more directors as alternate members of any committee, who may replace any absent or disqualified member at any meeting of the committee; any such committee, to the extent provided in the resolution or in the by-laws of the corporation, and to the extent permitted under applicable Delaware law, shall have and may exercise the powers of the board of directors in the management of the business and affairs of the corporation, and may authorize the seal of the corporation to be affixed to all papers which may require it; the by-laws may provide that in the absence or disqualification of any member of such committee or committees, the member or members thereof present at any meeting and not disqualified from voting, whether or not he or they constitute a quorum, may unanimously appoint another member of the board of directors to act at the meeting in the place of any such absent or disqualified member; and

(g) To exercise all such powers and do all such acts and things as may be exercised

- 2 -

or done by the corporation, subject to the provisions of the laws of the State of Delaware, of this Certificate of Incorporation and of the by-laws of the corporation.

Sixth:  The corporation shall indemnify each present or former director, officer, employee or agent of the corporation and each person who is or was serving at the request of the corporation as a director, officer, employee or agent of another corporation, partnership, joint venture, trust or other enterprise, and the heirs, executors and administrators of the foregoing persons, in the manner and to the extent provided in the by-laws of the corporation as the same may be amended from time to time.

Seventh:  The names and mailing addresses of the incorporators are as follows:

| Names | Mailing Address |
|---|---|
| B. J. Consono | 100 West Tenth Street Wilmington, Delaware |
| F. J. Obara, Jr. | 100 West Tenth Street Wilmington, Delaware |
| J. L. Rivera | 100 West Tenth Street Wilmington, Delaware |

WE, THE UNDERSIGNED, being each of the incorporators hereinbefore named, for the purpose of forming a corporation pursuant to the General Corporation Law of Delaware, do make this certificate hereby declaring and certifying that the facts herein stated are true, and accordingly have hereunto set our hands and seals this 4th day of December, A.D., 1969.

B. J. Consono

F. J. Obara, Jr.

J. L. Rivera

REC P102 PAGE 569

- 3 -

REC P102 PAGE 570

STATE OF DELAWARE      )
                       )  SS.
COUNTY OF NEW CASTLE   )


    BE IT REMEMBERED, that on this <u>4th</u> day of <u>December</u>, A.D., 1969, personally came before me <u>A. Dana Atwell</u>, a Notary Public for the State of Delaware, all of the parties to the foregoing certificate of incorporation, known to me personally to be such and severally acknowledged the said certificate to be the act and deed of the signers respectively and that the facts therein stated are truly set forth.

    GIVEN UNDER my hand and seal of office the day and year aforesaid.


              **A. Dana Atwell**
               Notary Public

A. DANA ATWELL
NOTARY PUBLIC
APPOINTED OCT. 27, 1969
STATE OF DELAWARE
TERM TWO YEARS

Exhibit A, Page 7



### State of Delaware

### Office of Secretary of State.

I, Eugene Bunting, *Secretary of State of the State of Delaware,* do hereby certify *that the above and foregoing is a true and correct copy of* Certificate of Incorporation of the "BELL-PHILLIP TELEVISION PRODUCTIONS, INC.", as received and filed in this office the fourth day of December, A.D. 1969, at 10 o'clock A.M.

In Testimony Whereof, *I have hereunto set my hand and official seal at Dover this* _____fourth_____ *day* of _____December_____ *in the year of our Lord one thousand nine hundred and* _____sixty-nine._____



_____
Secretary of State

R H Caldwell
_____
Ass't Secretary of State

FORM 121

REG P102 PAGE 571

REC'D FOR RECORD Dec 4, 1969    LEO J. DUGAN, Jr. Recorder



# State of Delaware

## Office of Secretary of State.

*I, Eugene Bunting, Secretary of State of the State of Delaware, do hereby certify that the above and foregoing is a true and correct copy of* Certificate of Incorporation of the "BELL-PHILLIP TELEVISION PRODUCTIONS, INC.", as received and filed in this office the fourth day of December, A.D. 1969, at 10 o'clock A.M.

*In Testimony Whereof, I have hereunto set my hand and official seal at Dover this* fourth *day of* December *in the year of our Lord one thousand nine hundred and* sixty-nine.

Eugene Bunting
_____
Secretary of State

R H Caldwell
_____
Ass't Secretary of State



FORM 121

DEC P102 PAGE 571

REC'D FOR RECORD *Dec 4* 1969 LEO J. DUGAN, Jr. Recorder

Exhibit A, Page 9

STATE OF DELAWARE,   } SS.
NEW CASTLE COUNTY,

Recorded in the Recorder's Office at Wilmington, in INCORPORATION Record ......P...... Vol.: 102
Page ...567... &c, the ...4th... day of ...Dec
A. D., 19.69

Witness my hand and official seal.

Leo J. Dugan Jr.
                                    Recorder
By ...Louis Huberman
Chief Deputy

## Certified Copy

CERTIFICATE OF INCORPORATION

OF

BELL-PHILLIP TELEVISION PRODUCTIONS, INC.

# FILED

DEC 4 1969   10 A M

Eugene Bunting
Secretary of State

RECEIVED FOR RECORD

DEC 4 1969

PAGE INDEXED

LEO J. DUGAN, Jr., Recorder

Exhibit A, Page 10