EXHIBIT B



# State of California
## Secretary of State

Form LP-1

# CERTIFICATE OF LIMITED PARTNERSHIP
IMPORTANT—Read Instructions on back before completing this form

This Certificate is presented for filing pursuant to Section 15621 California Corporations Code.

**1. NAME OF LIMITED PARTNERSHIP**

Bell Dramatic Serial Company, L.P.

| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | ZIP CODE |
|---|---|---|
| 7800 Beverly Blvd. - Room 3371 | Los Angeles, California | 90036 |

| 3. STREET ADDRESS OF CALIFORNIA OFFICE IF EXECUTIVE OFFICE IS AN ANOTHER STATE | CITY | ZIP CODE |
|---|---|---|
| | | CA |

**4. COMPLETE IF LIMITED PARTNERSHIP WAS FORMED PRIOR TO JULY 1, 1984 AND IS IN EXISTENCE ON DATE THIS CERTIFICATE IS EXECUTED.**

THE ORIGINAL LIMITED PARTNERSHIP CERTIFICATE WAS RECORDED ON _____ 19____ WITH THE RECORDER

OF _____ COUNTY.  FILE OR RECORDATION NUMBER _____

**5. NAMES AND ADDRESSES OF ALL GENERAL PARTNERS: (CONTINUE ON SECOND PAGE, IF NECESSARY)**

**A. NAME:** Bill Bell Productions, Inc.

**ADDRESS:** 7800 Beverly Blvd. - Room 3371

**CITY:** Los Angeles **STATE:** CA **ZIP CODE:** 90036

**C. NAME:**

**ADDRESS:**

**CITY:** **STATE:** **ZIP CODE:**

**B. NAME:**

**ADDRESS:**

**CITY:** **STATE:** **ZIP CODE:**

**D. NAME:**

**ADDRESS:**

**CITY:** **STATE:** **ZIP CODE:**

**6. NAME AND ADDRESS OF AGENT FOR SERVICE OF PROCESS:**

**NAME:** Bill Bell Productions, Inc.

**ADDRESS:** 7800 Beverly Blvd. - Room 3371 **CITY:** Los Angeles **STATE:** CA **ZIP CODE:** 90036

**7. ANY OTHER MATTERS TO BE INCLUDED IN THIS CERTIFICATE MAY BE NOTED BE NOTED ON SEPARATE PAGES AND BY REFERENCE HEREIN ARE A PART OF THIS CERTIFICATE.**

NUMBER OF PAGES ATTACHED: [ ]

**8. INDICATE THE NUMBER OF GENERAL PARTNERS SIGNATURES REQUIRED FOR FILING CERTIFICATES OF AMENDMENT, RESTATEMENT, DISSOLUTION, CONTINUATION AND CANCELLATION.**

NUMBER OF GENERAL PARTNER(S) SIGNATURE(S) IS/ARE: [ 1 ]

(PLEASE INDICATE NUMBER ONLY)

**9. IT IS HEREBY DECLARED THAT I AM (WE ARE) THE PERSON(S) WHO EXECUTED THIS CERTIFICATE OF LIMITED PARTNERSHIP WHICH EXECUTION IS MY (OUR) ACT AND DEED. (SEE INSTRUCTIONS)**

Bill Bell Productions, Inc.

*William R. Pomierski*
SIGNATURE

*Assistant Secretary* 2/25/94
POSITION OR TITLE     DATE

_____
SIGNATURE

_____
POSITION OR TITLE     DATE

_____
SIGNATURE

_____
POSITION OR TITLE     DATE

_____
SIGNATURE

_____
POSITION OR TITLE     DATE

THIS SPACE FOR FILING OFFICER USE

9406800001

**F I L E D**
In the office of the Secretary of State
of the State of California

**MAR 08 1994**

TONY MILLER
Acting Secretary of State

By _____
Deputy

**10. RETURN ACKNOWLEDGEMENT TO:**

NAME ┌
ADDRESS   William R. Pomierski
CITY      McDermott, Will & Emery
STATE     227 West Monroe Street
ZIP CODE └ Chicago, IL  60606-5096

EC/STATE REV. 1/93

FORM LP-1 — FILING FEE: $70.00
Approved by Secretary of State

I hereby certify that the foregoing transcript of _____ page(s) is a full, true and correct copy of the original record in the custody of the California Secretary of State's office.

DEC 1 5 2015

Date:_____

ALEX PADILLA, Secretary of State

Exhibit B, Page 12