

JEAN PIERRE NOGUES (SBN 84445)
  jpn@msk.com
BRIAN M. RAGEN (SBN 275045)
  byr@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant
Bell Dramatic Serial Company, L.P.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

VICTORIA ROWELL,

Plaintiff,

v.

SONY PICTURES TELEVISION, INC., SONY PICTURES ENTERTAINMENT, INC., BELL DRAMATIC SERIAL COMPANY, L.P., BELL-PHILLIP TELEVISION PRODUCTION INC., CORDAY PRODUCTIONS, INC., and CBS CORPORATION,

Defendants.

CASE NO. CV 15-02442-JAK (AGRx)

**[PROPOSED] ORDER RE MOTION TO DISMISS**

Mitchell
Silberberg &
Knupp LLP

7305325.1

**[PROPOSED] ORDER**

## [PROPOSED] ORDER

The Court, having read and considered all papers filed in connection with (a) Defendants Sony Pictures Television, Inc., Sony Pictures Entertainment, Inc. and CBS Corporation's motion to dismiss the Second Amended Complaint ("SAC"), (b) the joinder of Defendant Bell Dramatic Serial Company, L.P. ("BDSC") in said motion, and (c) BDSC's separate motion to dismiss the Third and Fourth Claims for Relief against BDSC, and having heard the oral arguments of counsel thereon, it is hereby:

ORDERED that (1) the SAC is dismissed without leave to amend pursuant to Federal Rule of Civil Procedure 12(b)(6), and, in particular, (2) the Third and Fourth Claims for Relief against BDSC are dismissed without leave to amend pursuant to Federal Rule of Civil Procedure 12(b)(6).

DATED: _____     _____
                                    Hon. John A. Kronstadt

Mitchell
Silberberg &
Knupp LLP

7305325.1

2

[PROPOSED] ORDER