JEAN PIERRE NOGUES (SBN 84445)
 jpn@msk.com
BRIAN M. RAGEN (SBN 275045)
 byr@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant
Bell Dramatic Serial Company, L.P.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA ROWELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SONY PICTURES TELEVISION, INC., SONY PICTURES ENTERTAINMENT, INC., BELL DRAMATIC SERIAL COMPANY, L.P., BELL-PHILLIP TELEVISION PRODUCTION INC., CORDAY PRODUCTIONS, INC., and CBS CORPORATION,<br><br>　　　　Defendants. | CASE NO. CV 15-02442-JAK (AGRx)<br>[Assigned to Honorable John A. Kronstadt – Courtroom 750]<br><br>**REPLY OF DEFENDANT BELL DRAMATIC SERIAL COMPANY, L.P. IN SUPPORT OF (1) NOTICE OF JOINDER AND JOINDER IN SONY'S AND CBS'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT; AND (2) NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Time:　　　April 4, 2016<br>Date:　　　8:30 a.m.<br><br>Complaint Filed:  February 11, 2015<br>Discovery Cut-Off:  January 29, 2016<br>Motion Cut-Off:  March 14, 2016<br>Trial Date:　　　June 28, 2016 |

Bell Dramatic Serial Company, L.P. ("BDSC") files this short reply in connection with its motion to dismiss and joinder in the Sony and CBS motion to dismiss the Second Amended Complaint ("SAC").

**REPLY OF DEFENDANT BELL DRAMATIC SERIAL COMPANY, L.P.
IN SUPPORT OF MOTION TO DISMISS**

In her opposition papers, Plaintiff acknowledges that she cannot plead facts sufficient to state a claim against BDSC for any alleged refusal to hire Plaintiff on the Bold and the Beautiful.  Rowell Opposition (Doc. 148) at 18 n.4.  Accordingly, as Plaintiff also acknowledges, the Third and Fourth Claims for Relief alleged in the SAC should be dismissed as to BDSC.  *Id.*

The only remaining claims asserted against BDSC are the First and Second Claims for Relief asserting that BDSC and others refused to rehire Plaintiff for The Young and the Restless (some seven years after she quit and left the show) in retaliation for her conduct and statements.  As to those claims, BDSC joins in the reply papers filed by Sony and CBS, and submits that for all the reasons set forth in those papers and in the parties' initial moving papers, the Court should dismiss those claims without leave to amend.

DATED:  February 10, 2016         JEAN PIERRE NOGUES
                                  BRIAN M. RAGEN
                                  MITCHELL SILBERBERG & KNUPP LLP


                                  By:  */s/ Jean Pierre Nogues*
                                       Jean Pierre Nogues
                                       Attorneys for Defendant
                                       Bell Dramatic Serial Company, L.P.

Mitchell
Silberberg &
Knupp LLP

7405995.1

2

**REPLY OF DEFENDANT BELL DRAMATIC SERIAL COMPANY, L.P.**
**IN SUPPORT OF MOTION TO DISMISS**