JOHN P. LECRONE (State Bar No. 115875)
  johnlecrone@dwt.com
ELIZABETH J. CARROLL (State Bar No. 234751)
  betsycarroll@dwt.com

DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
SONY PICTURES TELEVISION INC.,
SONY PICTURES ENTERTAINMENT INC.
and CBS CORPORATION

[Additional Counsel Continued on Next Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA ROWELL,<br><br>        Plaintiff,<br><br>  vs.<br><br>SONY PICTURES TELEVISION INC., SONY PICTURES ENTERTAINMENT, INC., BELL DRAMATIC SERIAL COMPANY, L.P., BELL-PHILLIP TELEVISION PRODUCTION INC., CORDAY PRODUCTIONS, INC., and CBS CORPORATION,<br><br>        Defendants. | Case No. **15-cv-02442 JAK (AGRx)**<br><br>**ORDER GRANTING STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER** |

[Additional Counsel Continued From Previous Page]

Dan Stormer, Esq. [S.B. # 101967]
Mohammad Tajsar, Esq. [S.B. #280152]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
  mtajsar@hadsellstormer.com

Cyrus Mehri, Esq.
Michael Lieder, Esq.
MEHRI & SKALET, PLLC
1250 Connecticut Ave. N.W., Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Facsimile: (202) 822-4997
Emails: cyrus@findjustice.com
  mlieder@findjustice.com

Robert John Valli, Jr.
Sara Wyn Kane
Valli Kane & Vagnini, LLP
600 Old Country Road, Suite 519
Garden City, New York 11530
Telephone: 516-203-7180
Fax: 516-706-0248
Emails: rvalli@vkvlawyers.com
  skane@vkvlawyers.com

Attorneys for Plaintiff VICTORIA ROWELL

//
//
//

| | |
|---|---|
| 1 | Jean Pierre Nogues |
| | Brian M. Ragen |
| 2 | MITCHELL SILBERBERG & KNUPP LLP |
| | 11377 West Olympic Blvd. |
| 3 | Los Angeles, CA 90064 |
| | Telephone: 310-312-2000 |
| 4 | Fax: 310-312-3100 |
| | Emails: jpn@msk.com |
| 5 |   byr@msk.com |
| 6 | Attorneys for Defendant BELL DRAMATIC SERIAL COMPANY, L.P. |
| 7 | Robert F. Tyson, Jr. Esq. (Bar No. 147177) |
| | Regina Silva, Esq. (Bar No. 173573) |
| 8 | TYSON & MENDES, LLP |
| | 5661 La Jolla Boulevard |
| 9 | La Jolla, CA  92037 |
| | Telephone:  (858) 459-4400 |
| 10 | |
| | Attorneys for Defendant BELL-PHILLIP TELEVISION PRODUCTIONS, INC. |
| 11 | |
| | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 12 | A Limited Liability Partnership |
| | Including Professional Corporations |
| 13 | TRACEY A. KENNEDY, Cal. Bar No. 150782 |
| | NORA K. STILES, Cal. Bar No. 280692 |
| 14 | 333 South Hope Street, 43rd Floor |
| | Los Angeles, California 90071-1422 |
| 15 | Telephone:                                              213.620.1780 |
| | Facsimile:                                               213.620.1398 |
| 16 | Email: tkennedy@sheppardmullin.com |
| |   nstiles@sheppardmullin.com |
| 17 | |
| | Attorneys for Defendant CORDAY PRODUCTIONS, INC. |

1

ORDER GRANTING STIPULATED PROTECTIVE ORDER
DWT 29502053v1 0032472-000035

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566

1 Having considered the Stipulated Confidentiality Agreement and Protective
2 Order and, FOR GOOD CAUSE SHOWN, the Court hereby adopts the parties'
3 attached Stipulated Confidentiality Agreement and Protective Order.
4    IT IS SO ORDERED.

6 DATED: May 18, 2016                     *Alicia G. Rosenberg*
                                          _____
7                                          The Honorable Alicia G. Rosenberg
                                           United States Magistrate Judge