| | |
|---|---|
| 1 | Dan Stormer, Esq. [S.B. # 101967] |
| 2 | Mohammad Tajsar, Esq. [S.B. #280152] |
|   | HADSELL STORMER & RENICK LLP |
| 3 | 128 N. Fair Oaks Avenue |
|   | Pasadena, California 91103 |
| 4 | Telephone: (626) 585-9600 |
|   | Facsimile:  (626) 577-7079 |
| 5 | Emails: dstormer@hadsellstormer.com |
| 6 |         mtajsar@hadsellstormer.com |
| 7 | Cyrus Mehri, Esq. |
|   | Michael Lieder, Esq. |
| 8 | MEHRI & SKALET, PLLC |
|   | 1250 Connecticut Ave. N.W., Suite 300 |
| 9 | Washington, DC 20036 |
|   | Telephone: (202) 822-5100 |
| 10 | Facsimile: (202) 822-4997 |
| 11 | Emails: cyrus@findjustice.com |
|    |         mlieder@findjustice.com |
| 12 | Attorneys for Plaintiff |
| 13 | VICTORIA ROWELL |
| 14 | [Additional Counsel Cont. on next page] |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA ROWELL, | Case No.: CV 15-02442-JAK (AGRx) |
| Plaintiff, | |
| vs. | [Assigned to the John A. Kronstadt – Courtroom 10B] |
| SONY PICTURES TELEVISION, INC., SONY PICTURES ENTERTAINMENT, INC., BELL DRAMATIC SERIAL COMPANY, L.P., BELL-PHILLIP TELEVISION PRODUCTION INC., CORDAY PRODUCTIONS, INC., and CBS CORPORATION, | **NOTICE OF SETTLEMENT** |
| | Complaint filed:      February 11, 2015 |
| | Discovery Cut-Off:  January 17, 2017 |
| | Motion Cut-Off:     December 19, 2016 |
| | Trial Date:                May 16, 2017 |
| Defendants. | |

NOTICE OF SETTLEMENT

1 [Additional Counsel Cont. from previous page]

2 Robert John Valli, Jr.
3 Sara Wyn Kane
Valli Kane & Vagnini, LLP
4 600 Old Country Road, Suite 519
5 Garden City, New York 11530
Telephone: 516-203-7180
6 Fax: 516-706-0248
7 Emails: rvalli@vkvlawyers.com
          skane@vkvlawyers.com
8

NOTICE OF SETTLEMENT

# NOTICE OF SETTLEMENT

Plaintiff Victoria Rowell and Defendants Sony Pictures Television Inc. and Sony Pictures Entertainment Inc., by their undersigned attorneys, provide notice to the Court that they have agreed to dismiss, with prejudice, and settle the claims that are subject to the summary judgment motions in the above-referenced action, with a waiver of costs exceeding $2,200, and that they have agreed to file a joint stipulation for dismissal of the claims that are the subject of the summary judgment motion with prejudice. Plaintiff Victoria Rowell and Defendant Corday Productions, by their undersigned attorneys, provide notice to the Court that they have agreed to a settlement of all claims with a waiver of costs and that they have agreed to file a joint stipulation for dismissal of all claims with prejudice.

Thus, there is no need for the Court to rule on the pending motions for summary judgment, which are scheduled to be heard on Monday, February 13, 2017. The parties are drafting the terms of Settlement Agreements, and anticipate being in a position to file a Stipulation of Dismissal within several business days.

Dated: February 10, 2017

| | |
|---|---|
| VICTORIA ROWELL | CORDAY PRODUCTIONS, INC. |
| /s/ - Dan Stormer[1] | /s/ - Tracey A. Kennedy |
| Dan Stormer | Tracey A. Kennedy |
| HADSELL STORMER RENICK LLP | Nora Stilestein |
| | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |

SONY PICTURES TELEVISION INC.,
SONY PICTURES ENTERTAINMENT INC.

/s/ - John P. LeCrone
John P. LeCrone
DAVIS WRIGHT TREMAINE LLP

---

[1] I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

NOTICE OF SETTLEMENT      1