UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

VICTORIA ROWELL,

Plaintiff,

vs.

SONY PICTURES TELEVISION INC., SONY PICTURES ENTERTAINMENT, INC., BELL DRAMATIC SERIAL COMPANY, L.P., BELL-PHILLIP TELEVISION PRODUCTIONS, INC., CORDAY PRODUCTIONS, INC., and CBS CORPORATION,

Defendants.

Case No. LA CV15-02442 JAK (AGRx)

**JUDGMENT**

JS-6

Pursuant to the prior Order of the Court and the stipulations among Plaintiff and Defendants Sony Pictures Television Inc., Sony Pictures Entertainment Inc. and Corday Productions, Inc., and good cause appearing, IT IS HEREBY ORDERED that:

1. This action is dismissed with prejudice in its entirety; and

2. JUDGMENT IS ENTERED in favor of Defendants Sony Pictures Television Inc., Sony Pictures Entertainment Inc., CBS Corporation, Bell Dramatic Serial Company, L.P., Bell-Phillip Television Productions, Inc., and Corday Productions, Inc., on all of Plaintiff Victoria Rowell's claims.

IT IS FURTHER ORDERED that the Clerk of Court shall issue a judgment for dismissal pursuant to Rule 58(d) consistent with this Order.

Dated: March 17, 2017

**JOHN A. KRONSTADT**
**United States District Judge**